UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Arbitration Between<br><br>CONOPCO, INC.<br>         Petitioner,<br><br>vs.<br><br>LORNAMEAD BRANDS, INC.,<br>         Respondent. | Civil Action No. 07-Civ-9458<br><br>**RULE 7.1 STATEMENT**<br><br>JUDGE SAND |

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for petitioner Conopco, Inc. certifies that petitioner is a wholly-owned subsidiary of Unilever United States, Inc. and is an indirectly owned subsidiary of Unilever N.V. and Unilever PLC.

Dated: October 23, 2007

                    CRAVATH, SWAINE & MOORE LLP,

                 by  _[signature]_

                     John E. Beerbower
                    Member of the Firm

           Attorneys for Petitioner Conopco, Inc.
              Worldwide Plaza
             825 Eighth Avenue
              New York, NY 10019-7475
               (212) 474-1000