UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Arbitration Between<br><br>CONOPCO, INC.<br><br>                      Petitioner,<br><br>vs.<br><br>LORNAMEAD BRANDS. INC.,<br><br>                      Respondent. | **JUDGE SAND**<br><br><br><br>Civil Action No. 07-Civ-____ |

### NOTICE OF PETITION OF CONOPCO, INC. TO CONFIRM ARBITRATION AWARD

      PLEASE TAKE NOTICE THAT, upon the Petition to Confirm Arbitration Award, the annexed supporting declaration of John E. Beerbower, executed on October 23, 2007, with exhibits annexed thereto, and the supporting memorandum of law, petitioner hereby applies to this Court at the Daniel Moynihan United States Courthouse, 500 Pearl Street, New York, NY, for an order pursuant to 9 U.S.C. section 9 confirming an October 12, 2007, arbitration award rendered in <u>Conopco, Inc. v. Lornamead Brands, Inc.</u>; and granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to 9 U.S.C. section 6 and local Civil Rule 6.1(b), answering papers to the petition and supporting papers shall be served within ten business days following service hereof.

October 23, 2007

                              CRAVATH, SWAINE & MOORE LLP,

                          by _____
                                   John E. Beerbower
                                   A Member of the Firm

                            Attorneys for Petitioner Conopco, Inc.
                                  Worldwide Plaza
                                   825 Eighth Avenue
                                  New York, NY  10019-7475
                                     (212) 474-1000