**CONOPCO, INC.**
700 Sylvan Avenue
Englewood Cliffs, New Jersey 07632

October 19, 2007

Harris Beach PLLC
726 Exchange Street, Suite 1000
Buffalo, New York 14210
Attention: Alan J. Laurita, Esq.

Re   Asset Purchase Agreement dated as of March 24, 2006 (the "Agreement") between Conopco, Inc. ("Unilever") and Lornamead Brands, Inc. ("Lornamead").

Dear Alan:

In accordance with Section 5.06(e) of the Agreement, Lornamead was required to wire transfer $5,564,302.99 (the "Award") to Unilever by the end of the day Friday, October 19, 2007.

As of 5:00 p.m. today, Unilever has only received $3,014,644.49 toward the payment of the Award – a shortfall of $2,549,658.50.

If we do not receive the balance of the Award by 5:00 p.m. on Monday, October 22, 2007, we will bring an action in court to confirm the Award. We will also seek to collect our attorney's fees, which we are entitled to under Section 8.02(ii) of the Agreement, and applicable interest under New York law.

We reserve all rights we may have under the Agreement and applicable law.

Conopco, Inc.

By: _/s/ David Schwartz_
Name: David A. Schwartz
Title:   Vice President

cc:   Jon Osborne (via email)

100388.01 10/19/07