UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Arbitration Between<br><br>CONOPCO, INC.,<br><br>           Petitioner,<br><br>vs.<br><br>LORNAMEAD BRANDS, INC.,<br><br>           Respondent. | 07-CV-9458 (LBS)(JCF) |

## DECLARATION OF SERVICE

KEITH S. KAPLAN hereby declares as follows:

I am over the age of 18 years, not a party to this action and reside at 670 Ramapo Rd., Teaneck, NJ 07666.

On the 24th day of October, 2007, I served the following documents entitled

(1) NOTICE OF PETITION OF CONOPCO, INC. TO CONFIRM ARBITRATION AWARD

(2) PETITION OF CONOPCO, INC. TO CONFIRM ARBITRATION AWARD

(3) DECLARATION OF JOHN E. BEERBOWER IN SUPPORT OF CONOPCO'S PETITION TO CONFIRM THE ARBITRATION AWARD

(4) CONOPCO'S MEMORANDUM OF LAW IN SUPPORT OF THE PETITION TO CONFIRM ARBITRATION AWARD

(5) CIVIL COVER SHEET

(6) RULE 7.1 STATEMENT

(7) INDIVIDUAL PRACTICES OF JUDGE SAND; INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE FRANCIS; NOTICE, CONSENT and ORDER OF REFERENCE - EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE; 3RD AMENDED INSTRUCTIONS FOR FILING AN

ELECTRONIC CASE OR APPEAL; GUIDELINES FOR ELECTRONIC CASE FILING and PROCEDURES FOR ELECTRONIC CASE FILING

upon:

>LORNAMEAD BRANDS, INC.
>175 Cooper Avenue
>Tonawanda, NY 14150
>Attention: Daryle M. Shaw, CFO

>LORNAMEAD BRANDS, INC.
>5 High Ridge Park
>Stamford, CT 06905
>Attention: Daryle M. Shaw, CFO

>HARRIS BEACH PLLC
>726 Exchange Street, Suite 1000
>Buffalo, NY 14210
>Attention: Alan J. Laurita

by depositing true copies thereof, securely enclosed in Registered Mail, Return Receipt Requested, postage prepaid and properly addressed wrappers, in an official depository maintained and exclusively controlled by the United States Postal Service located within the County and State of New York;

and upon

>HARRIS BEACH PLLC
>726 Exchange Street, Suite 1000
>Buffalo, NY 14210
>Attention: Alan J. Laurita

by delivering true copies thereof, securely enclosed in a prepaid and properly addressed wrapper, to an agent of Federal Express, an overnight delivery service, for next business day delivery to said attorney; to wit: Thursday, October 25, 2007.

The return receipt requested cards, as executed by each of the addressees set forth above, are attached hereto.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 30, 2007

_____
Keith S. Kaplan

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature] ☐ Agent ☐ Addressee
B. Received by (Printed Name):
C. Date of Delivery: 10-26-07
D. Is delivery address different from item 1? ☐ Yes ☐ No

1. Article Addressed to:

    Lornamead Brands, Inc.
    5 High Ridge Park
    Stamford, CT 06905
    Attention: Daryle M. Shaw, CFO

3. Service Type: ☐ Certified Mail ☐ Express Mail ☒ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

Article Number (Transfer from service label): RR 21150 7160 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature] ☒ Agent ☐ Addressee
B. Received by (Printed Name): Ted Cheney
C. Date of Delivery:
D. Is delivery address different from item 1? ☐ Yes ☐ No

1. Article Addressed to:

    Harris Beach, PLLC
    726 Exchange Street
    Suite 1000
    Buffalo, NY 14210
    Attention: Alan J. Laurita, Esq.

3. Service Type: ☐ Certified Mail ☐ Express Mail ☒ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): RR 211507 173 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X McDonough ☐ Agent ☐ Addressee
B. Received by (Printed Name):
C. Date of Delivery: 10/26/07
D. Is delivery address different from item 1? ☐ Yes ☐ No

1. Article Addressed to:

    Lornamead Brands, Inc.
    175 Cooper Avenue
    Tonawanda, NY 14150
    Attention: Daryle M. Shaw, CFO

3. Service Type: ☐ Certified Mail ☐ Express Mail ☒ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): RR 211507187 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540