UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-15-07

---

In the Matter of the Arbitration
Between

CONOPCO, INC.

                          Petitioner,          07-Civ-09458 (LBS)

              vs.

LORNAMEAD BRANDS, INC.,

                          Respondent.

---

## JUDGMENT

WHEREAS, this proceeding was commenced on October 23, 2007, by the

filing of a petition pursuant to 9 U.S.C. § 9 to confirm an October 12, 2007, arbitration

award in the arbitration of Conopco, Inc. v. Lornamead Brands, Inc., and a notice of

petition and petition having being served on respondent Lornamead Brands, Inc.;

WHEREAS, the petition is unopposed and the parties stipulate to entry of

judgment against respondent, it is hereby

ADJUDGED AND DECREED that the petitioner have judgment against

respondent in the amount of $2,549,658.50, with interest at 9% from October 20, 2007, to

November 15, 2007, amounting to $16,345.76, plus costs and disbursements in the sum

of $350, amounting in all to $2,566,354.26.

Dated: New York, New York
       November 15, 2007

                                        Hon. Leonard B. Sand
                                        United States District Judge