UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In the Matter of the Arbitration
Between

CONOPCO, INC.

                Petitioner,

vs.                            Civil Action No. 07-Civ-9458
                                              (LBS)

LORNAMEAD BRANDS, INC.,

                Respondent.

---

### DECLARATION OF STEVEN J. RICE, ESQ IN SUPPORT OF RESPONDENT'S MOTION FOR A STAY OF ENFORCEMENT OF ARBITRATION AWARD AND JUDGMENT

STEVEN J. RICE, ESQ declares as follows:

1. I am an attorney licensed to practice law in the State of New York and a member of the firm of Harris Beach PLLC, the attorneys for Lornamead, Inc ("Lornamead"), the Respondent in this Proceeding.

2. I am admitted to practice before this Court. My identification Number is 1934.

3. I am personally familiar with the facts stated in this Declaration.

4. I make this Declaration in support of Lornamead's motion pursuant to 9 USCA Section 12 for a stay of an Arbitration Award and Judgment entered in this Proceeding pending a determination of an action commenced in this Court by Lornamead against the Petitioner, Conopco, Inc.

5. I have read the Declaration of Richard T. Sullivan, Esq, who is also a member of Harris Beach PLLC, in support of the motion and I am familiar with its contents.

6. Mr. Sullivan is an attorney admitted to practice in the State of New York, the United States Court of Appeals for the Second Circuit, well as the United States District Court for the Western District of New York.

7. I will be moving to admit Mr. Sullivan to practice before this Court and request that the Court accept his Declaration in support of the motion for a stay of enforcement of the Arbitration Award and Judgment.

Dated: Buffalo, New York
     November 17, 2007

_____
Steven J. Rice

HARRIS BEACH
ATTORNEYS AT LAW

2