# EXHIBIT "D"

CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000


HARRIS BEACH PLLC
Larkin at Exchange
726 Exchange Street, Suite 1000
Buffalo, NY 14210
(716) 200-5050


November 14, 2007

In the Matter of the Arbitration Between Conopco, Inc. v.
Lornamead Brands, Inc.,
07-Civ-09458 (LBS)

Dear Judge Sand:

    We submit this letter jointly on behalf of all parties to the above-entitled proceeding. On October 23, 2007, Petitioner, Conopco, Inc. ('Conopco'), commenced the proceeding to confirm an arbitration award issued on October 12, 2007. Respondent, Lornamead, Inc., does not oppose Conopco's petition to confirm the award. The parties agree that the Court may enter judgment in the form attached hereto.

Respectfully,

John E. Beerbower
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

Attorneys for Petitioner, Conopco, Inc.

*[signature: Richard T. Sullivan]*

Richard T. Sullivan
HARRIS BEACH PLLC
Larkin at Exchange
726 Exchange Street
Suite 1000
Buffalo, NY 14210
(716) 200-5114

Attorneys for Respondent, Lornamead Brands, Inc.

Hon. Leonard B. Sand
   United States District Judge
      Daniel Patrick Moynihan United States Courthouse
         500 Pearl Street, Room 1650
           New York, NY 10007

98A

BY FAX (212-805-7919)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Arbitration Between<br><br>CONOPCO, INC.<br><br>         Petitioner,<br><br>  vs.<br><br>LORNAMEAD BRANDS, INC.,<br><br>         Respondent. | 07-Civ-9458 (LBS) |

## JUDGMENT

WHEREAS, this proceeding was commenced on October 23, 2007, by the filing of a petition pursuant to 9 U.S.C. § 9 to confirm an October 12, 2007, arbitration award in the arbitration of Conopco, Inc. v. Lornamead Brands, Inc., and a notice of petition and petition having being served on respondent Lornamead Brands, Inc.;

WHEREAS, the petition is unopposed and the parties stipulate to entry of judgment against respondent, it is hereby

ADJUDGED AND DECREED that the petitioner have judgment against respondent in the amount of $2,549,658.50, with interest at 9% from October 20, 2007, to November 15, 2007, amounting to $16,345.76, plus costs and disbursements in the sum of $350, amounting in all to $2,566,354.26.

Dated: New York, New York
    November 15, 2007

                     Hon. Leonard B. Sand
                     United States District Judge