3

## DESCRIPTION OF TRANSITION SERVICES

| Service | Description | Reports |
|---|---|---|
| | deducted by any customer invoices. | |
| Credit | Use current credit terms and limits, monitor available credit and take appropriate preventative and corrective actions relating thereto. Seller shall notify Purchaser of any change in payment terms relating to the customers of the Businesses. | (frequency: monthly). |
| Management of Direct Marketing and Trade Deals | Seller shall provide, or will arrange for a Seller Affiliate to provide, payment and financial services for direct marketing and trade deals to customers. | Detail of direct marketing and trade deal expenses (frequency: monthly). |
| **FINANCE** | | |
| Perform General Accounting | Process journal entries, allocations and period end adjustments, analyze and reconcile general ledger accounts, prepare and post management adjustments. | Sales for the day (frequency: daily). Sales by customer/product month-to-date and year-to-date (frequency: monthly). |
| Perform Cost Accounting | Maintain standard product costs. Ensure COGS is properly posted to the general ledger. Perform variance analysis and post variances to the general ledger. | Plant variance analysis (frequency: monthly). Variance analysis by profit center (frequency: monthly). |
| Report Results | Prepare and provide for Purchaser during the Transition Period financial statements in accordance with Unilever Management reporting principles in electronic and paper form for the Products and Businesses' as agreed by Purchaser and Seller including, without limitation, (i) the Statement of Direct Revenues and Expenses (ii) a statement of selected assets; provided that such information is provided on the 13th calendar day of each fiscal month. | Statement of Direct Revenues and Expenses, (frequency: monthly). Statement of Selected Assets (frequency: monthly). |
| **INFORMATION SYSTEMS** | | |
| Maintain IT Systems | Maintain existing software and hardware that supports the Businesses' business and locations consistent with Seller's overall IT infrastructure practices. | |
| **MISCELLANEOUS** | | |
| Manage Breakage/Spoilage/and Returns | Respond to all customer damaged product claims for Products sold after the Closing Date in accordance with standard procedures. | Returns, breakage / spoilage summary (frequency: monthly). |
| Manage Carrier Claims | Process product damage/loss claims with the carriers. Ensure credit | |

4

## DESCRIPTION OF TRANSITION SERVICES

| | |
|---|---|
| | for the Businesses' claims are reflected on the Businesses' financial statements. |
| Process Consumer Inquiries | Administer consumer inquiries, complaints and requests in a manner consistent with past practice, both through the call center and by way of correspondence handled by consumer affairs. |
| | Businesses' brand consumer responses (frequency: monthly). |

**TRANSITIONAL ASSISTANCE SERVICES (rendered by Seller only once and not on a recurring basis)**

| | |
|---|---|
| Customer Letter | Promptly after Closing, Seller shall work with Purchaser to draft and distribute a joint letter to all of Seller's and the Seller Affiliates' customers of the Products concerning the sale of the Businesses to Purchaser. |
| Joint Customer Sales Calls | During the Transition Period, Seller agrees to conduct a joint customer sales call with each of the top ten customers of each Brand with whom Seller has historically conducted such sales calls. Seller shall conduct one customer review meeting per customer prior to the joint sales calls to the customers. |
| Procurement - Vendor Introductions | Seller shall introduce Purchaser to outside vendors and contract manufacturers. |
| Information Meetings | Seller shall mutually agree with Purchaser on a schedule of informational meetings between appropriate customer business development personnel of Seller and appropriate personnel of Purchaser. |
| Transferred Data | Seller or Seller Affiliates shall use its best efforts to ensure that all data sent to or shared with Purchaser is in a format compatible with Purchaser's computer system.* |
| Introduction to Outside Consultants | Seller shall introduce Purchaser to the outside consultants, if any, that support the sales and marketing of the Products. |
| Transactions, IS Numbering & 3rd Party | Seller will provide description of relevant electronic data protocols, including: Electronic Data Interchange, Vendor Managed Inventory and 3rd party Value Added Networks |

* Does not include IT cost for cutover and conversion to Purchaser systems - to be charged on time and material basis at a rate of $75 per hour.

[[NYCORP:2540022v15]]

# FEES FOR FINESSE & AQUA NET

| General Expense Category | Charge Methodology | Monthly Charge |
|---|---|---|
| **Manufacturing & Supply Chain** | | |
| Standard Raw/Pack Material Costs | Direct | Per Manufacturing Agreement |
| In-house Manufacturing Costs | Direct | Per Manufacturing Agreement |
| Third Party Manufacturing Costs | Direct * | Per Manufacturing Agreement |
| Freight | Direct (based on shipping weight) | Actual |
| Distribution | Direct based on pallet storage square footage and pallet throughput) | Actual |
| Material Price Variances/Rebates | Direct | Actual |
| Raw/Pack/Other Material Variances | Direct | Actual |
| Dies & Molds | Direct | Actual |
| Obsolete Goods/Spoils | Direct | Actual |
| Supply Support (incl. Factory Indirects) | Allocated - 1.7% of Turnover ** | Actual |
| Buying & Planning | Allocated - 1.3% of Turnover ** | Actual |
| **Trade & Promotional Support** | | |
| Trade Funding | Direct (per budget rates) | Actual |
| Deductions/Returns/Damages | Direct (approx. 2% of Turnover) | Actual |
| Trade Promotions | Budgeted per planned additional trade programs | Actual |
| Consumer Promotions | Direct | Actual |
| Advertising | Direct | Actual |
| Internet/PR/Consumer Services | Direct | Actual |
| **Overheads** | | |
| Field Sales (includes Brokerage) | 3.0% of Turnover ** | Actual |
| Customer Service & Operations | 0.7% of Turnover ** | Actual |
| Finance & IT-GIO | 1.8% of Turnover ** | Actual |
| Marketing (Brand Building) | 0.5% of Turnover ** | Actual |

Notes

\* Pricing on products co-packed by third parties will be charged to Purchaser at Manufacturer's negotiated prices

\*\* Turnover as defined per Unilever management accounting definitions

[[NYCORP:2540022v15]]

ANNEX C

### RECONCILIATION STATEMENT[1]

A.  Plus:  Cash Collected against Accounts Receivable (Gross)                    $ _____

B.  Less: Deductions or discounts taken by customers that are
    specifically identified to the Businesses or that can be reasonably
    apportioned to the Businesses on a pro rata basis
    1. Cash discounts                                          $ _____
    2. Breakage and spoilage                                   $ _____
    3. Returns                                                 $ _____
    4. Trade promotions for Products shipped after the Closing $ _____
    Subtotal                                                              $ _____

C.  Less:  Payments made that are specifically identifiable to the
    Businesses or that can be reasonably apportioned to the
    Businesses on a pro rata basis
    1. Standard Cost of Goods Sold                             $ _____
    2. Purchasing Variances                                    $ _____
    3. Manufacturing  Variances                                $ _____
    4. Payments required by Manufacturing Agreement            $ _____
    5. Transportation from production facilities to distribution points $ _____
    6. Warehousing charges                                     $ _____
    7. Transportation to customer                              $ _____
    8. Trade promotions                                        $ _____
    9. Consumer promotions                                     $ _____
    10. Other direct marketing                                 $ _____
    11.                                                        $ _____
    12.                                                        $ _____
    Subtotal                                                              $ _____

D.  Less: Fees (as defined in the Agreement)                              $ _____
       Field Sales / Brokerage                                 $ _____
       Sales Operations / R&D / General Administration
E.  Less:  Seller cash misdirected to Purchaser               $ _____
    Plus:  Purchaser cash misdirected to Seller               $ _____
    Subtotal                                                              $ _____

Total.  NET DUE FROM(/DUE TO) UNILEVER                                    $ _____

---

[1] There may be deductions or cash payments related to the Businesses other than those listed, which deductions
or cash payments will be specifically described on the particular Reconciliation Statement to which they relate.
Such deductions or cash payments will be consistent with the Asset Purchase Agreement.

# EXHIBIT B
# TO COMPLAINT

EXECUTION COPY

DISCLOSURE SCHEDULE TO

ASSET PURCHASE AGREEMENT

between

CONOPCO, INC.

and

LORNAMEAD BRANDS, INC.

Dated as of March 24, 2006

[[NYCORP:2546699v16]]

# INTRODUCTION

Reference is made to the Asset Purchase Agreement dated as of March 24, 2006 (the "Agreement"), between Conopco, Inc., a New York corporation ("Seller"), and Lornamead Brands, Inc., a Delaware corporation ("Purchaser"). Terms used in this Disclosure Schedule and not otherwise defined herein shall have the meanings assigned to them in the Agreement.

This Disclosure Schedule (including all of the individual Schedules comprising this Disclosure Schedule) is qualified in its entirety by reference to specific provisions of the Agreement, and is not intended to constitute, and shall not be construed as constituting, representations or warranties of Seller except as and to the extent provided in the Agreement. Inclusion of information in this Disclosure Schedule shall not be construed as an admission that such information is material to the Businesses.

Matters reflected in this Disclosure Schedule are not necessarily limited to matters required by the Agreement to be reflected in the Disclosure Schedule. Such additional matters are set forth for informational purposes only and this Disclosure Schedule does not necessarily include other matters of a similar nature.

Any matter disclosed in one provision, subprovision, section or subsection hereof is deemed disclosed for all purposes of this Disclosure Schedule to the extent the Agreement requires such disclosure.

Headings have been inserted on the Schedules comprising this Disclosure Schedule for convenience of reference only and shall to no extent have the effect of amending or changing the express description of the Schedules as set forth in the Agreement.

**The information contained in this Disclosure Schedule is in all events subject to the Confidentiality Agreement.**

**SCHEDULE 1.02(a)(i)**

Finesse Molds Currently In Use:

| Size | Shape | Material | Supplier | Location | Number of Molds | Cavitation (each) |
|------|-------|----------|----------|----------|-----------------|-------------------|
| 15 oz | Oval | PETE | Silgan | Seymore, IN | 1 | 10 |
| 15 oz | Oval | HDPE | Silgan | Port Clinton, OH | 2 | 16 |
| 25.4 oz | Oval | HDPE | Matrix | Los Angeles, CA | 1 | 8 |
| 8.5 oz | Round | HDPE | Silgan | Port Clinton, OH | 1 | 16 |

Finesse Molds Not Currently In Use:[1]

| Size | Shape | Material | Supplier | Location | Number of Molds | Cavitation (each) | Mold Ref. Number |
|------|-------|----------|----------|----------|-----------------|-------------------|------------------|
| 10 oz | Oval | HDPE | Silgan | Port Clinton, OH | 1 | 16 | 70130 |
| 15 oz | Oval | HDPE | Silgan | Port Clinton, OH | 1 | 16 | 75128 |
| 18 oz | Oval | HDPE | Silgan | Port Clinton, OH | 1 | 16 | 78809 |
| 22 oz | Oval | HDPE | Silgan | Port Clinton, OH | 1 | 16 | 78810 |

---

[1] Molds that are not currently in use may not be in a physical condition such that they could be placed back into service without repair or other modifications.

[[NYCORP:2546699v16]]

**SCHEDULE 1.02(a)(ii)**

All trademarks, trademark registrations and trademark applications set forth in Exhibit A hereto.

[[NYCORP:2546699v16]]

## SCHEDULE 1.02(a)(iii)

Finessehaircare.com

Finesse.ca

Domain names listed on Exhibit B hereto.

4

**SCHEDULE 1.02(b)(i)**

Uniform Product Codes for the Products

[[NYCORP:2546699v16]]

## SCHEDULE 1.04(a)(v)

**Advertising Commitments, Trade Promotions, Consumer Promotions and Trade Spending
Planned or Committed Expenses***

(amounts in thousands)

|  | 2nd Qtr. 2006 | 3rd Qtr. 2006 |
|---|---|---|
| **Advertising Commitments** | | |
| Finesse | $ 443 | $ 767 |
| Aqua Net | $ 15 | $ 15 |
| **Trade Promotions** | | |
| Finesse | $ 25 | $ 25 |
| Aqua Net | $ 5 | $ 5 |
| **Consumer Promotions** | | |
| Finesse | $ 1,323 | $ 1,077 |
| Aqua Net | $ 15 | $ 15 |
| **Trade Spending**** | | |
| Finesse | $ 1,963 | $ 2,066 |
| Aqua Net | $ 109 | $ 108 |

\* These types of expenses are typically committed two to four months in advance.

\*\* AMPS Planned Field Spending as of March 10, 2006
   Field spending includes funds paid to the trade for consumer price promotion, feature ad support and other incentives to secure distribution of new items and promotional displays.

[[NYCORP:2546699v16]]

**SCHEDULE 3.03**

[[NYCORP:2546699v16]]

**SCHEDULE 3.04(a)**

# Unilever Home & Personal Care Division
## Finesse & AquaNet Brands
## Hair Care Business
### Unaudited Combined Financial Statements
### At and for the year ended
### December 31, 2005

[[NYCORP:2546699v16]]

**Unilever Home & Personal Care Division**
**Finesse & AquaNet – Hair Care Business**
**Unaudited Combined Statement of Net Assets Sold**
**At December 31, 2005**
**($ in thousands)**

|                                      |     | 2005  |
| ------------------------------------ | --- | ----- |
| **Assets:**                          |     |       |
| Inventories, net                     | $   | 3,778 |
| Equipment, net                       |     | 16    |
| **Total Assets**                     |     | 3,794 |
| Accrued Liabilities                  |     | 375   |
| Commitments & Contingencies          |     |       |
| Net Assets Sold                      | $   | 3,419 |

[[NYCORP:2546699v16]]

**Unilever Home & Personal Care Division**
**Finesse & AquaNet – Hair Care Business**
**Unaudited Combined Statement of Revenues and Expenses**
**For the Year Ended December 31, 2005**
**($ in thousands)**

|                          |     | 2005    |
| ------------------------ | --- | ------- |
| Net sales                | $   | 84,952  |
| Cost of sales            |     | 43,396  |
| Gross profit             |     | 41,556  |
| Advertising and promotion|     | 4,351   |
| Product contribution     | $   | 41,160  |

[[NYCORP:2546699v16]]

**SCHEDULE 3.04(b)**

# Unilever Home & Personal Care Division
## Finesse & AquaNet Brands
## Hair Care Business
**Combined Financial Statements
At and for the years ended
December 31, 2004 and 2003**

[[NYCORP:2546699v16]]

**Report of Independent Auditors**

To The Board of Directors of Conopco, Inc. and Lornamead Inc:

We have audited the accompanying combined statement of net assets sold of the Finesse and AquaNet Hair Care Business of Conopco, Inc.'s and Unilever Canada, Inc.'s Home & Personal Care division (the "Company") as of December 31, 2004 and the related combined statements of revenues and expenses ("combined financial statements") for the years ended December 31, 2004 and 2003. Conopco, Inc. and Unilever Canada, Inc. are indirectly wholly owned subsidiaries of Unilever N.V. and Unilever PLC (collectively, the "Unilever Group"). These combined statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these combined financial statements based on our audit.

We conducted our audit in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audit provides a reasonable basis for our opinion.

The accompanying combined financial statements were prepared to present the net assets sold and the net sales, cost of sales and direct operating expenses of the Finesse and AquaNet Brands pursuant to the Asset Purchase Agreement between Conopco, Inc. and Lornamead, Inc. dated March 24, 2006, as described in Note 1. These statements are not intended to be a complete presentation of the Finesse and AquaNet Business' financial position, results of operations, and cash flows in conformity with generally accepted accounting principles.

The Finesse and AquaNet Brands are fully integrated operations of the Company. Consequently, as indicated in Note 2, these combined financial statements have been derived from the accounting records of the Company. Moreover, as indicated in Note 2, the Finesse and AquaNet Brands rely on the Unilever Group for administrative and other services. The financial position, results of operations and cash flows of the Finesse and AquaNet Brands could differ from those that would have resulted had they operated autonomously or as an entity independent of the Unilever Group.

In our opinion, the combined statements referred to above present fairly, in all material respects, the net assets sold of the Finesse and AquaNet Brands of the Home & Personal Care division at December 31, 2004 and the related direct revenues and expenses, as described in Note 1, for the years ended December 31, 2004 and 2003 in conformity with accounting principles generally accepted in the United States of America.

This report is intended solely for the information and use of the Board of Directors of Conopco, Inc., management, and others within the Unilever Group and Lornamead Inc. in connection with the sale of the Finesse and AquaNet Brands and is not intended to be and should not be used by anyone other than those specified parties or for any other purpose.

March 24, 2006

12

**Unilever Home & Personal Care Division**
**Finesse & AquaNet – Hair Care Business**
**Combined Statement of Net Assets Sold**
**At December 31, 2004**
**($ in thousands)**

|                                          |    | __2004__ |
| ---------------------------------------- | -- | -------- |
| **Assets:**                              |    |          |
| Inventories, net                         | $  | 6,736    |
| Equipment, net                           |    | 46       |
| **Total Assets**                         |    | 6,782    |
| Accrued Liabilities                      |    | 1,206    |
| Commitments & Contingencies (Note 8)     |    |          |
| Net Assets Sold                          | $  | 5,576    |

The accompanying notes are an integral part of these combined financial statements.

13

**Unilever Home & Personal Care Division**
**Finesse & AquaNet – Hair Care Business**
Combined Statements of Revenues and Expenses
For the Years Ended December 31, 2004 and 2003
($ in thousands)

|  | 2004 | 2003 |
|---|---|---|
| Net sales | $  98,245 | $  116,759 |
| Cost of sales | 45,670 | 49,200 |
| Gross profit | 52,575 | 67,559 |
| Advertising and promotion | 4,792 | 4,669 |
| Product contribution | 47,783 | 62,890 |

The accompanying notes are an integral part of these combined financial statements.

14

[[NYCORP:2546699v16]]

## Unilever Home & Personal Care Division
## Finesse & AquaNet – Hair Care Business
### Notes to Combined Financial Statements
### ($ in thousands)

1.    **Description of Hair Care Business**

The accompanying combined statement of net assets sold and direct revenues and expenses present the assets sold less the liabilities assumed and the net sales, cost of sales, and direct expenses of the Finesse and AquaNet Hair Care Business of each of Conopco, Inc.'s ("Conopco") and Unilever Canada Inc.'s ("Unilever Canada") Home & Personal Care ("HPC") divisions. Conopco and Unilever Canada are each indirectly wholly owned by Unilever N.V. and Unilever PLC (collectively, the "Unilever Group"). These accompanying combined financial statements have been prepared pursuant to the purchase agreement (the "Purchase Agreement") between Conopco, Unilever Canada and Lornamead Inc. dated March 24, 2006.

The Hair Care Business presented in the combined statements of net assets sold and revenues and expenses is comprised of the Finesse and AquaNet brands which are manufactured, marketed and distributed in the United States and Canada and exported to foreign markets.  Specifically, the Hair Care Business consists of: *Finesse,* which includes conditioner, hairspray, styling aides, and shampoo, and *AquaNet,* which includes hairspray. The combined statements of net assets sold and revenues and expenses specifically exclude hair care sales by other Unilever Group companies outside of HPC.

2.    **Basis of Presentation**

Complete financial statements of the Finesse and AquaNet Hair Care Business have not been prepared as HPC does not maintain the business as a separate reporting unit and does not prepare separate financial statements in accordance with generally accepted accounting principles in the United States of America in the normal course of business. The accompanying combined financial statements were prepared from the accounting records of HPC and include all revenues and expenses directly attributable to the Finesse and AquaNet Business and certain costs provided by the Unilever Group and its affiliates either directly attributable to or allocated to the brands. Balance sheet amounts such as cash, accounts receivable, other receivables, accounts payable, accruals (other than those specifically identified relating to product returns and the redemption of consumer coupons) and other payables, and equity have been excluded from the combined statements of net assets sold.  These combined statements are not intended to be a complete presentation of the financial position and results of the Finesse and AquaNet Hair Care Business.

As the Finesse and AquaNet Brands have been integrated within HPC, it relies on HPC, the Unilever Group, and its affiliates to provide management, administrative and other services including, but not limited to, selling activities, broker commissions, central marketing, research and development, information systems, accounting and financial reporting, treasury, cash management, human resources, employee benefit administration, payroll, legal and certain other support.  Generally, such indirect costs have not been allocated to the Finesse and AquaNet Business presented here.  However, the indirect cost of sales associated with buying, planning and supply support for HPC have been allocated to the Hair Care Business and amounted to $1,563 and $2,026 for the years ended December 31, 2004 and 2003 respectively.

[[NYCORP:2546699v16]]

## Unilever Home & Personal Care Division
## Finesse & AquaNet – Hair Care Business
### Notes to Combined Financial Statements
### ($ in thousands)

These financial statements have been presented on a combined basis because the selected brands within the Hair Care Business are under common control. All significant intra-brand transactions and balances within the Hair Care Business have been eliminated.

**3.    Summary of Significant Accounting Policies**

**Revenue Recognition**
Net sales to third parties are recognized upon delivery when title and risk of loss pass to the customer. Sales are recorded net of returns, pricing and cash discounts and other rebates. Export sales are recognized at the time goods leave the point of embarkation, when title and risk of loss pass to the customer.

**Net Sales**
Net sales represent gross sales to 3rd parties, less returns, cash discounts, as well as, customer discounts, coupons (redemption values), slotting fees and cooperative advertising allowances made to wholesale customers.

**Cost of Sales**
Cost of sales is comprised of various internally driven allocations, costs directly attributable to the manufacturing process, as well as purchases from Co-packers. Production costs such as material costs represent a direct charge to the respective brand production.

Other production costs for the HPC business in the United States such as depreciation, direct labor, heat, light and power, repairs and maintenance, internal transport and other production costs are allocated based on production line hours. Supply costs, such as warehousing and customer transport supply costs are allocated based on pallet throughput and shipping weights, respectively. Other supply costs, such as buying and planning and supply support have been allocated based on their pro-rata share of production costs.

**Inventories**
Inventories are comprised of finished goods, work-in-progress, and raw and packaging materials and are stated at the lower of cost or market based on the first-in, first-out method. The value of finished goods on-hand includes shipping and handling costs incurred for transportation from the point of manufacture to distribution centers. The value of finished goods on-hand also includes costs allocated from capitalized purchase price and manufacturing variances at year-end. Provisions are made for slow-moving and obsolete inventory as necessary based on future salability of product.

**Equipment**
Equipment for the Hair Care Business is stated at cost. Depreciation is determined principally using the straight-line method over the estimated useful lives of the assets. Estimated useful lives of assets are:

|  |  |
|---|---|
| Machinery and equipment | 5 – 16 years |
| Dies and molds | 3 years |

16

**Unilever Home & Personal Care Division**
**Finesse & AquaNet – Hair Care Business**
Notes to Combined Financial Statements
($ in thousands)

Major renewals and betterments are capitalized to the equipment accounts while minor replacements, maintenance and repairs, which do not extend the useful lives of the assets, are expensed as incurred.

**Long-Lived Assets**
Management reviews all long-lived assets for impairment and writes such assets down to fair value whenever events or changes in circumstances indicate that the carrying value may not be recoverable. For assets held for use, management performs undiscounted cash flow analyses to determine if impairment exists. Impairments are recognized whenever the expected future cash flows derived from such assets are less than such assets' carrying value.

**Research & Development**

Research includes both consumer and trade marketing research. Development encompasses the development of products, processes, materials and packaging from date of conceptual formation up to production, including design, testing and construction of prototypes. Research and development costs are expensed as incurred. Research and Development directly attributable to the Finesse and AquaNet brands was $144 and $152 for 2004 and 2003, respectively.

**Foreign Currency Translation**
The financial statements of operations outside of the United States are maintained in their local currencies. Assets of operations outside of the United States are translated from their respective functional currencies to U.S. dollars using exchange rates in effect at the end of the reporting period. Amounts in the combined statements of revenues and expenses are translated using the average exchange rates in effect during the period.

**Advertising & Promotions**
Advertising includes agency fees and commissions as well as production and media costs for television, magazines, radio and other media channels. Advertising costs incurred to produce media advertising are expensed in the year when the advertising first occurs; other advertising costs are expensed when incurred.

Promotions include funds used for printing and distribution of coupons and related freight costs, development and distribution of consumer samples, promotional materials and related distribution, and development of display units used for marketing, all of which have separable and identifiable benefits apart from the sales and for which the Hair Care Business incurs costs. These costs are expensed as incurred.

**Use of Estimates**
The preparation of combined financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates that affect the amounts reported in the combined statements and accompanying notes. The most significant estimates relate to inventory valuation, useful lives of property plant and equipment, reserves related to returns, trade and promotional allowances, and manufacturing allocations including manufacturing overheads, warehouse and distribution costs. Actual results may differ from those estimates.

17

**Unilever Home & Personal Care Division**
**Finesse & AquaNet – Hair Care Business**
Notes to Combined Financial Statements
($ in thousands)

4.    **Inventories, net**

At December 31, 2004 inventories of the Hair Care Business consist of the following:

|  | | 2004 |
|---|---|---|
| Finished goods | $ | 5,831 |
| Raw, packaging materials, and work-in-progress | | 1,035 |
| Reserve for slow-moving and obsolescence | | (130) |
| | $ | 6,736 |

5.    **Equipment**

At December 31, 2004 equipment of the Hair Care Business consisted of the following:

|  | | 2004 |
|---|---|---|
| Machinery and equipment | $ | 12 |
| Dies and molds | | 381 |
| | | 393 |
| Less: accumulated depreciation | | 347 |
| | $ | 46 |

Depreciation expense related to the net assets sold of the Hair Care Business totaled $102 for the year ended December 31, 2004.

6.    **Accrued Liabilities**

Accrued liabilities consist of $305 relating to product returns and $901 relating to the redemption of consumer coupons at December 31, 2004.

7.    **Related Party**

The combined statements reflect only net sales and related cost of sales for products sold to 3rd parties. The Hair Care Business also sells to other Unilever entities outside the US, Canada and Mexico. Had these statements incorporated such related party sales, additional amounts of $551 and $567 in net sales would have been included for the years ended December 31, 2004 and 2003, respectively.

18

**Unilever Home & Personal Care Division**
**Finesse & AquaNet – Hair Care Business**
Notes to Combined Financial Statements
($ in thousands)

8.    **Commitments & Contingencies**

In the normal course of business, the Hair Care Business may be a party to claims, disputes, and legal and regulatory proceedings. Management provides for these legal matters where it is probable that a liability has been incurred and the amount of cost could be reasonably estimated. While the ultimate outcome of these claims and lawsuits cannot be readily determined, it is the opinion of management that such claims and lawsuits, individually or in the aggregate, will not have a material adverse effect on the net assets sold or revenues and expenses of the Hair Care Business.

9.    **Concentration of Credit Risk**

Wal-Mart, encompassing Wal-Mart stores and Sam's Club, represented approximately one third of total sales for the Hair Care Business for the years ended December 31, 2004 and 2003. Apart from this concentration of sales with Wal-Mart, management believes credit risk is limited due to the large number of the remaining customers and their dispersion across the United States and Canada.

[[NYCORP:2546699v16]]

**SCHEDULE 3.05**

[[NYCORP:2546699v16]]

## SCHEDULE 3.06

Manufacturing Agreement dated June 14, 2005 between KIK Customer Products, Inc. and Conopco, Inc. dba Unilever, and associated Exclusivity Rider to Manufacturing Agreement dated June 14, 2005 and Addendum to Manufacturing Agreement dated June 14, 2005.

Manufacturing Agreement dated June 22, 2005 between Accra Pac Group, Inc. and Conopco, Inc. dba Unilever, and associated Exclusivity Rider to Manufacturing Agreement dated June 22, 2005 and Addendum to Manufacturing Agreement dated June 22, 2005.

License Agreement dated June 21, 2004 between Chesebrough-Pond's Inc., Conopco, Inc. dba Unilever and Passing4sane.

License Agreement dated December 1, 2004 between Chesebrough-Pond's Inc., Conopco, Inc. dba Unilever and Mighty Fine, Inc.

Representation Agreement dated November 1, 2004 between Helene Curtis, Inc., Conopco, Inc. dba Unilever and Broad Street Licensing Group, LLC.

Compromise Agreement dated May 20, 1993 between Pond's de Mexico S.A. de C.V., Faberge de Mexico S.A. de C.V., Gina Y Jasive S.A. de C.V. and Aerospray S.A.

License Agreement dated July ___, 2002 between Conopco, Inc. d/b/a Unilever Home & Personal Care - - North America and Southwest Specialty Products, LLC (unsigned; labeled "Draft").

Agreements, understandings and arrangements described in Exhibit B hereto.

21

## SCHEDULE 3.07

Representation Agreement dated November 1, 2004 between Helene Curtis, Inc., Conopco, Inc. dba Unilever and Broad Street Licensing Group, LLC.

The following Contracts are in draft form and have not been executed by the parties thereto:

- License Agreement dated July ___, 2002 between Conopco, Inc. d/b/a Unilever Home & Personal Care - - North America and Southwest Specialty Products, LLC.

22

SCHEDULE 3.08(b)

[[NYCORP:2546699v16]]

**SCHEDULE 3.09**

The Squicciarini v. Unilever Home and Personal Care matter and any litigation resulting therefrom

[[NYCORP:2546699v16]]

**SCHEDULE 3.10**

Target and Dollar General are no longer selling the Finesse Brand.  Gross sales (NSV) for the year ended December 31, 2004 for the Finesse Brand to Target and Dollar General were approximately $5.9 and 1.6 million, respectively.

Legal requirements in Canada related to compliance with the International Nomenclature for Cosmetic Ingredients will require changes to the labeling used on Products sold in Canada. Existing inventories of Product packaging do not comply with such requirements.

Seller or any Seller Affiliate may introduce existing or new brands or products, including Sunsilk, into the U.S. or any foreign market that are competitive with the Brands or Products.

Walmart has indicated to Seller that it has or will be reducing the number of Finesse Brand Products that it carries for sale.

25

**SCHEDULE 3.11**

Legal requirements in Canada related to compliance with the International Nomenclature for Cosmetic Ingredients will require changes to the labeling used on Products sold in Canada. Existing inventories of Product packaging do not comply with such requirements.

26

**SCHEDULE 5.01**

Seller or any Seller Affiliate may enter into an agreement with the Latin singer, Soraya, regarding the rendition of promotional services by such artist for the Finesse Brand.

[[NYCORP:2546699v16]]

**Schedule 10.09**

Canadian Finesse Molds:

| Size | Shape | Material | Supplier | Location | Number of Molds | Cavitation (each) |
|------|-------|----------|----------|----------|-----------------|-------------------|
| 10.2 oz | Oval | PETE | Matrix | Mississauga, ON | 1 | 8 |
| 10.2 oz | Oval | HDPE | Matrix | Mississauga, ON | 2 | 16 |

Note: these are the 'Party of 5' bottle molds and are not uniquely used for the Finesse Brand (such molds are currently also used for Suave and Thermasilk in Canada). Suave is expected to migrate to the "Makeover" bottle in June, 2006

[[NYCORP:2546699v16]]

**SCHEDULE 11.05(b)**

| Product | Description | Size | Region |
|---------|-------------|------|--------|
| Aqua Net | Extra Super Hold | 14 oz. | US |
| Aqua Net | Unscented Extra Super Hold | 14 oz. | US |
| Aqua Net | Unscented Super Hold | 14 oz. | US |
| Aqua Net | Super Hold | 14 oz. | US |
| Aqua Net | Unscented Exta Super Hold | 7 oz. | US |
| Aqua Net | Extra Super Hold | 7 oz. | US |
| | | | |
| Finesse | Shampoo Moisturizing | 15 oz. | US |
| Finesse | Shampoo Enhancing | 15 oz. | US |
| Finesse | Shampoo 2-in-1 Enhancing | 15 oz. | US |
| Finesse | Shampoo BeautiFULL Volume | 15 oz. | US |
| Finesse | Shampoo Color Care | 15 oz. | US |
| Finesse | Shampoo 2-in-1 Moisturizing | 15 oz. | US |
| Finesse | Conditioner Moisturizing | 15 oz. | US |
| Finesse | Conditioner Enhancing | 15 oz. | US |
| Finesse | Conditioner BeautiFULL Volume | 15 oz. | US |
| Finesse | Conditioner Color care | 15 oz. | US |
| Finesse | Shampoo Enhancing | 25.4 oz. | US |
| Finesse | Shampoo Moisturizing | 25.4 oz. | US |
| Finesse | Conditioner Enhancing | 25.4 oz. | US |
| Finesse | Conditioner Moisturizing | 25.4 oz. | US |
| Finesse | Control Mousse | 7 oz. | US |
| Finesse | Max Hold Aerosol Hairspray | 7 oz. | US |
| Finesse | Extra Hold Aerosol Hairspray | 7 oz. | US |
| Finesse | Unscented Extra Hold Aerosol Hairspray | 7 oz. | US |
| Finesse | Max Hold Non-aerosol Hairspray | 8.5 oz. | US |
| Finesse | Extra Hold Non-aerosol Hairspray | 8.5 oz. | US |
| Finesse | BeautiFULL Volume Mousse | 7 oz. | US |
| Finesse | Curl Shaping Mousse | 7 oz. | US |
| | | | |
| Finesse | Shampoo Regular | 300 ml | Canada |
| Finesse | Shampoo Extra Body | 300 ml | Canada |
| Finesse | Shampoo Moisturizing | 300 ml | Canada |
| Finesse | 2-in-1 | 300 ml | Canada |
| Finesse | Conditioner Moisturizing | 300 ml | Canada |
| Finesse | Conditioner Extra Body | 300 ml | Canada |
| Finesse | Conditioner Regular | 300 ml | Canada |
| Finesse | Conditioner Coloured/Permed | 300 ml | Canada |
| Finesse | Shampoo Regular | 1 L | Canada |
| Finesse | Shampoo Coloured/Permed | 300 ml | Canada |
| Finesse | Conditioner Regular | 1 L | Canada |
| Finesse | Shampoo Clarifying | 300 ml | Canada |
| Finesse | Hairspray Aerosol Unscented | 300 ml | Canada |
| Finesse | Mousse Firm Control | 150 g | Canada |
| Finesse | Hairspray Aerosol Firm Hold | 300 ml | Canada |
| Finesse | Hairspray Non-aerosol Firm Hold | 300 ml | Canada |
| Finesse | Hairspray Non-aerosol Unscented Firm Hold | 300 ml | Canada |
| Finesse | Hairspray Aerosol Flexible Hold | 300 ml | Canada |
| Finesse | Hairspray Aerosol Regular Hold | 300 ml | Canada |

[[NYCORP:2546699v16]]

| | | | |
|---|---|---|---|
| Finesse | Hairspray Non-aerosol Flexible Hold | 300 ml | Canada |
| Finesse | Mousse Regular Hold | 150 g | Canada |
| Finesse | Styling Gel | 170 ml | Canada |
| Finesse | Hairspray Non-aerosol Regular Hold | 300 ml | Canada |
| Finesse | Styling cream | 170 ml | Canada |

[[NYCORP:2546699v16]]

Exhibit A to Disclosure Schedule

09 February 2006

## Project Spirit Worldwide

| Country Name | Proprietors | Trademark / Description | App. Or Reg. Number | Status | Class | | Renewal Date Instr. Date |
|---|---|---|---|---|---|---|---|
| Afghanistan | HELENE CURTIS INC., | FINESSE WORD/WORDS | 5020 | R | International | 03 | 20-Jun-2015 |
| Anguilla | HELENE CURTIS INC., | FINESSE WORD/WORDS | 3227 | R | International | 03 | 24-Jan-2001 |
| Antigua & Barbuda | HELENE CURTIS INC., | FINESSE WORD/WORDS | 2120 | R | International | 03 | 24-Jan-2001 |
| Argentina | HELENE CURTIS INC., | FINESSE WORD/WORDS | 1804951 | R | International | 03 | 22-Dec-2010 |
| Argentina | UNILEVER N.V., | AQUA NET WORD/WORDS | 2480592 | A | International | 03 | |
| Armenia | HELENE CURTIS INC., | FINESSE WORD(S)/LOCAL SCRIPT | 1385 | R | International | 03 | 16-May-2006 |
| Armenia | HELENE CURTIS INC., | FINESSE WORD/WORDS | 1384 | R | International | 03 | 16-May-2006 |
| Aruba | HELENE CURTIS INC., | FINESSE WORD/WORDS | 13960 | R | International | 03 | 07-Nov-2008 |
| Australia | HELENE CURTIS INC., | FINESSE WORD/WORDS | B 440737 | R | International | 03 | 17-Feb-2007 |
| Austria | UNILEVER N.V., | AQUANET WORD/WORDS | 56658 | R | International | 03 | 17-Feb-2006 |
| Azerbaijan | HELENE CURTIS INC., | FINESSE WORD/WORDS | 970266 | R | International | 03 | 19-Apr-2009 |
| Azerbaijan | HELENE CURTIS INC., | FINESSE WORD(S)/LOCAL SCRIPT | 970262 | R | International | 03 | 28-Sep-2009 |



09 February 2006

## Project Spirit Worldwide

| Country Name | Proprietors | Trademark / Description | App. Or Reg. Number | Status | Class | | Renewal Date Instr. Date |
|---|---|---|---|---|---|---|---|
| Bahamas | HELENE CURTIS INC., | FINESSE WORD/WORDS | 11581 | R | National | 48 | 16-Apr-2013 |
| Bahamas | UNILEVER PLC | AQUA NET WORD/WORDS | 25538 | A | National | 48 | |
| Bangladesh | HELENE CURTIS INC., | FINESSE WORD/WORDS | 45919 | A | International | 03 | |
| Bangladesh | UNILEVER PLC | FINESSE WORD/WORDS | 46264 | A | International | 03 | |
| Bangladesh | FABERGE INCORPORATED | AQUA NET WORD/WORDS | 303 | R | International | 03 | 16-Sep-2009 |
| Barbados | HELENE CURTIS INC., | FINESSE WORD/WORDS | 81/8052 | R | International | 03 | 02-Nov-2008 |
| Belarus | HELENE CURTIS INC., | FINESSE WORD/WORDS | 2657 | R | International | 03 | 24-Dec-2013 |
| Belarus | HELENE CURTIS INC., | FINESSE WORD(S)/LOCAL SCRIPT | 2535 | R | International | 03 | 24-Dec-2013 |
| Belize | HELENE CURTIS INC., | FINESSE WORD/WORDS | 8722 | R | International | 03 | 24-Jan-2001 |
| Benelux | HELENE CURTIS INC., | FINESSE WORD/WORDS | 0375112 | R | International | 03 | 18-Jun-2011 |
| Bermuda | HELENE CURTIS INC., | FINESSE WORD/WORDS | 9895 | R | International | 03 | 04-Mar-2004 |
| Bolivia | UNILEVER N.V., | AQUA NET WORD/WORDS | 36222-A | R | International | 03 | 23-Feb-2007 |
| Botswana | HELENE CURTIS INC., | FINESSE WORD/WORDS | S.A.12552 | R | International | 03 | 19-Jun-2011 |

09 February 2006

**Project Spirit Worldwide**

Page: 3

| Country Name | Proprietors | Trademark / Description | App. Or Reg. Number | Status | Class | | Renewal Date Instr. Date |
|---|---|---|---|---|---|---|---|
| Brazil | HELENE CURTIS INC., | FINESSE WORD/WORDS | 820292222 | R | National | 03 | 11-Jul-2010 |
| Brazil | UNILEVER N.V., | AQUA-NET WORD/WORDS | 1232/0650225 | R | National | 03 | 10-Feb-2007 |
| Brunei Darussalam | UNILEVER PLC | FINESSE WORD/WORDS | 34644 | R | International | 03 | 27-Mar-2012 |
| Cambodia | UNILEVER N.V., | FINESSE WORD/WORDS | 12224 | R | International | 03 | 10-Aug-2009 |
| Canada | CONOPCO INC | FINESSE WORD(S) & DEVICE | 459358 | R | | | 14-Jun-2011 |
| Canada | CONOPCO INC | FINESSE WORD/WORDS | 50893 | R | | | 14-Jul-2012 |
| Canada | UNILEVER PLC | AQUA NET WORD/WORDS | 269532 | R | | | 28-May-2012 |
| Canada | UNILEVER PLC | AQUA NET WORD/WORDS | 153652 | R | | | 13-Oct-2012 |
| Chile | HELENE CURTIS INC., | FINESSE WORD/WORDS | 594367 | R | International | 03 | 21-Feb-2011 |
| Chile | UNILEVER N.V., | AQUA NET WORD/WORDS | 323158 | R | International | 03 | 17-Sep-2007 |
| China (Peoples Republic) | HELENE CURTIS INC., | FINESSE WORD/WORDS | 559233 | R | International | 03 | 20-Jul-2011 |
| China (Peoples Republic) | UNILEVER N.V., | FINESSE WORD(S)/LOCAL SCRIPT | 3262254 | A | International | 03 | |

09 February 2006

## Project Spirit Worldwide

Page: 4

| Country Name | Proprietors | Trademark / Description | App. Or Reg. Number | Status | Class | | Renewal Date Instr. Date |
|---|---|---|---|---|---|---|---|
| China (Peoples Republic) | UNILEVER N.V., | FINESSE WORD(S)/LOCAL SCRIPT | 4458600 | A | International | 03 | 17-May-2006 |
| Colombia | HELENE CURTIS INC., | FINESSE WORD/WORDS | 191212 | R | International | 03 | 26-Sep-2013 |
| Colombia | UNILEVER N.V., | AQUANET WORD/WORDS | 274514 | R | International | 03 | 06-Jan-2008 |
| Costa Rica | HELENE CURTIS INC., | FINESSE WORD/WORDS | 105392 | R | International | 03 | 21-Sep-2011 |
| Costa Rica | UNILEVER N.V., | AQUA NET WORD(S) PARTICULAR STYL | 34032 FOL. 212 BK. 101 | R | International | 03 | |
| Croatia | HELENE CURTIS INC., | FINESSE WORD/WORDS | 2921560 | R | International | 03 | 23-Sep-2011 |
| Cuba | UNILEVER N.V., | AQUA NET WORD/WORDS | 117944 | R | International | 03 | 18-Sep-2009 |
| Cyprus | HELENE CURTIS INC., | FINESSE WORD/WORDS | 39267 | R | International | 03 | 16-Nov-2014 |
| Cyprus | UNILEVER PLC | AQUANET WORD/WORDS | B 29502 | R | International | 03 | 05-May-2009 |
| Denmark | HELENE CURTIS INC., | FINESSE WORD(S) & DEVICE | 03695/1986 | R | International | 03 | 14-Nov-2006 |

菲索诗



09 February 2006

**Project Spirit Worldwide**

Page: 5

| Country Name | Proprietors | Trademark / Description | App. Or Reg. Number | Status | Class | | Renewal Date Instr. Date |
|---|---|---|---|---|---|---|---|
| Denmark | HELENE CURTIS INC., | FINESSE BOTTLE & LABEL | 02496/1987 | R | International | 03 | 17-Jul-2007 |
| Denmark | HELENE CURTIS INC., | FINESSE BOTTLE & LABEL | 02495/1987 | R | International | 03 | 17-Jul-2007 |
| Dominica | HELENE CURTIS INC., | FINESSE WORD/WORDS | APP1257H | A | International | 03 | |
| Dominican Republic | HELENE CURTIS INC., | FINESSE WORD/WORDS | 34414 | R | International | 03 | 31-Aug-2012 |
| Dominican Republic | UNILEVER N.V., | AQUA NET WORD/WORDS | 15038 | R | National | 50 | 10-Aug-2006 |
| Ecuador | HELENE CURTIS INC., | FINESSE WORD/WORDS | 2985-91 | R | International | 03 | 26-Nov-2006 |
| Ecuador | UNILEVER N.V., | AQUA NET WORD/WORDS | 228/1966 | R | International | 03 | 23-Aug-2011 |
| El Salvador | UNILEVER N.V., | FINESSE WORD/WORDS | E-48182-05 | A | International | 03 | |
| El Salvador | UNILEVER N.V., | AQUA NET WORD/WORDS | 13673 FOL. 484 BK. 35 | R | National | 85 | 15-Jun-2006 |
| Estonia | HELENE CURTIS INC., | FINESSE WORD(S)/LOCAL SCRIPT | 09553 | R | International | 03 | 28-Sep-2009 |

09 February 2006

**Project Spirit Worldwide**

Page: 6

| Country Name | Proprietors | Trademark / Description | App. Or Reg. Number | Status | Class | | Renewal Date Instr. Date |
|---|---|---|---|---|---|---|---|
| Estonia | HELENE CURTIS INC., | FINESSE WORD/WORDS | 9339 | R | International | 03 | 19-Apr-2009 |
| Finland | HELENE CURTIS INC., | FINESSE WORD(S) PARTICULAR STYL | 100007 | R | International | 03 | 07-Dec-2007 |
| Finland | HELENE CURTIS INC., | FINESSE WORD/WORDS | 57065 | R | International | 03 | 05-Aug-2010 |
| France | HELENE CURTIS INC., | FINESSE WORD/WORDS | 1284109 | R | | 03 | 17-Sep-2014 |
| France | UNILEVER N.V., | AQUA NET WORD/WORDS | 1589813 | R | International | 03 05 | 27-Sep-2009 |
| Georgia | HELENE CURTIS INC., | FINESSE WORD(S)/LOCAL SCRIPT | 7058 | R | National | 03 | 07-Oct-2007 |
| Georgia | HELENE CURTIS INC., | FINESSE WORD/WORDS | 9323 | R | National | 03 | 14-May-2008 |
| Germany | UNILEVER N.V., | AQUA NET WORD/WORDS | DD638816 | R | International International | 03 05 | 23-Jun-2011 |
| Germany | UNILEVER N.V., | AQUA NET WORD/WORDS | DT890169 | R | International | 03 | 03-Oct-2014 |
| Greece | HELENE CURTIS INC., | FINESSE WORD/WORDS | 124849 | R | International | 03 | 20-Jun-2015 |
| Greece | UNILEVER N.V., | AQUA NET WORD/WORDS | 36389 | R | International International | 03 05 | 31-Oct-2006 |

09 February 2006

**Project Spirit Worldwide**

Page: 7

| Country Name | Proprietors | Trademark / Description | App. Or Reg. Number | Status | Class | | Renewal Date Instr. Date |
|---|---|---|---|---|---|---|---|
| Greece | UNILEVER N.V., | FINESSE WORD/WORDS | 63720 | R | International | 03 | 08-Jun-2009 |
| | | | | | International | 05 | |
| Guatemala | HELENE CURTIS INC., | FINESSE WORD/WORDS | 22887 FOL. 68 TOMO 61 | R | International | 03 | 16-Dec-2010 |
| Guatemala | UNILEVER N.V., | AQUA NET WORD/WORDS | 2005-07117 | A | International | 03 | |
| Guatemala | UNILEVER N.V., | AQUA NET WORD/WORDS | 54561 FOL. 439 TOMO 120 | R | International | 03 | 10-Mar-2008 |
| Guyana | HELENE CURTIS INC., | FINESSE WORD/WORDS | 17969A | A | International | 03 | |
| Guyana | FABERGE USA, INC. | AQUA NET WORD/WORDS | 8683 B | R | International | 03 | 30-Mar-2007 |
| Honduras | HELENE CURTIS INC., | FINESSE WORD/WORDS | 45451 | R | International | 03 | 07-Oct-2005 |
| Honduras | HELENE CURTIS INC., | FINESSE WORD/WORDS | 45450 | R | International | 09 | 07-Oct-2015 |
| Honduras | HELENE CURTIS INC., | FINESSE WORD/WORDS | 52253 | R | International | 03 | 27-Apr-2010 |
| Honduras | UNILEVER N.V., | AQUA NET WORD(S) PARTICULAR STYL | 14578 | R | International | 03 | 06-Oct-2007 |
| Hong Kong | HELENE CURTIS INC., | FINESSE WORD/WORDS | 2307/2004 | R | International | 03 | 22-Mar-2006 |

09 February 2006

## Project Spirit Worldwide

| Country Name | Proprietors | Trademark / Description | App. Or Reg. Number | Status | Class | | Renewal Date Instr. Date |
|---|---|---|---|---|---|---|---|
| Hong Kong | HELENE CURTIS INC., | FINESSE WORD(S)/LOCAL SCRIPT | B1182/1994 | R | International | 03 | 18-Jul-2012 |
| Hong Kong | HELENE CURTIS INC., | FINESSE WORD(S)/LOCAL SCRIPT | 3685/1993 | R | International | 03 | 18-Jul-2012 |
| Hong Kong | UNILEVER N.V., | FINESSE SERIES | B15607A-B/2000 | R | International | 03 | 12-Feb-2006 |
| Iceland | HELENE CURTIS INC., | FINESSE WORD/WORDS | 224/1994 | R | International | 03 | 24-Mar-2014 |
| India | HELENE CURTIS INC., | FINESSE WORD/WORDS | 592187 | R | International | 03 | 03-Mar-2000 |
| Iran | HELENE CURTIS INC., | FINESSE WORD(S)/LOCAL SCRIPT | 71373 | R | International | 03 | 15-Jun-2013 |
| Iran | UNILEVER N.V., | AQUA NET WORD/WORDS | 29127 | R | International | 03 | 13-Dec-2006 |
| Israel | HELENE CURTIS INC., | FINESSE WORD/WORDS | 72079 | R | International | 03 | 03-Apr-2010 |

09 February 2006

**Project Spirit Worldwide**

| Country Name | Proprietors | Trademark / Description | App. Or Reg. Number | Status | Class | | Renewal Date Instr. Date |
|---|---|---|---|---|---|---|---|
| Israel | HELENE CURTIS INC., | FINESSE WORD(S)/LOCAL SCRIPT | 72363 | R | International | 03 | 01-May-2010 |
| Italy | HELENE CURTIS INC., | FINESSE WORD/WORDS | 00914583 | R | International International | 03 05 | 18-Jun-2010 |
| Italy | HELENE CURTIS INC., | FINESSE WORD/WORDS | 00663089 | R | International International | 03 05 | 10-Nov-2003 |
| Jamaica | HELENE CURTIS INC., | FINESSE WORD/WORDS | 21277 | R | International | 03 | 21-Nov-2014 |
| Jamaica | UNILEVER PLC | AQUA NET WORD/WORDS | 17602 | R | International | 03 | 25-Mar-2007 |
| Jamaica | UNILEVER PLC | AQUANET WORD/WORDS | 43643 | R | International | 03 | 17-Mar-2013 |
| Japan | HELENE CURTIS INC., | FINESSE WORD(S)/LOCAL SCRIPT | 1048896 | R | International International | 03 30 | 08-Jan-2014 |
| Kenya | HELENE CURTIS INC., | FINESSE WORD/WORDS | KE/T/1984/032351 | R | International | 03 | 31-Aug-2005 |
| Korea, Republic of | HELENE CURTIS INC., | FINESSE WORD/WORDS | 86828 | R | International | 03 | 14-Dec-2012 |
| Korea, Republic of | HELENE CURTIS INC., | FINESSE WORD(S)/LOCAL SCRIPT | 126151 | R | National | 03 | 02-Jun-2006 |

09 February 2006

**Project Spirit Worldwide**

Page: 10

| Country Name | Proprietors | Trademark / Description | App. Or Reg. Number | Status | Class | | Renewal Date Instr. Date |
|---|---|---|---|---|---|---|---|
| Korea, Republic of | HELENE CURTIS INC., | FINESSE WORD/WORDS | 40-99453 | R | International | 03 | 09-Mar-2014 |
| | | | | | International | 08 | |
| Korea, Republic of | HELENE CURTIS INC., | FINESSE WORD(S)/LATIN/LOCAL SCRI | 151732 | R | National | 13 | 21-Jan-2008 |
| 피네스 FINESSE | | | | | | | |
| Korea, Republic of | HELENE CURTIS INC., | FINESSE WORD(S)/LATIN/LOCAL SCRI | 151088 | R | National | 12 | 16-Jan-2008 |
| 피네스 FINESSE | | | | | | | |
| Korea, Republic of | HELENE CURTIS INC., | FINESSE WORD(S)/LOCAL SCRIPT | 124158 | R | National | 13 | 28-Feb-2006 |
| 휘네스 | | | | | | | |
| Korea, Republic of | UNILEVER N.V., | AQUA NET WORD/WORDS | 20672 | R | International | 03 | 15-Dec-2010 |
| Kyrgyzstan | HELENE CURTIS INC., | FINESSE WORD(S)/LOCAL SCRIPT | 1082 | R | International | 03 | 28-Sep-2009 |
| ФЭНЭС | | | | | | | |
| Kyrgyzstan | HELENE CURTIS INC., | FINESSE WORD/WORDS | 1100 | R | International | 03 | 19-Apr-2009 |

09 February 2006

**Project Spirit Worldwide**

Page: 11

| Country Name | Proprietors | Trademark / Description | App. Or Reg. Number | Status | Class | | Renewal Date Instr. Date |
|---|---|---|---|---|---|---|---|
| Latvia | HELENE CURTIS INC., | FINESSE WORD(S)/LOCAL SCRIPT | M17709 | R | International | 03 | 29-Mar-2013 |
| Latvia | HELENE CURTIS INC., | FINESSE WORD/WORDS | M17707 | R | International | 03 | 29-Mar-2013 |
| Lebanon | HELENE CURTIS INC., | FINESSE WORD(S)/LOCAL SCRIPT | 60979 | R | International | 03 | 24-Jun-2008 |
| Lebanon | HELENE CURTIS INC., | FINESSE WORD/WORDS | 57188 | R | International | 03 | 05-Feb-2007 |
| Lesotho | HELENE CURTIS INC., | FINESSE WORD/WORDS | LS/M/92/00513A | R | International | 03 | 17-Sep-2012 |
| Liberia | HELENE CURTIS INC., | FINESSE WORD/WORDS | 0043/2000 | R | International | 03 | 29-May-2015 |
| Lithuania | HELENE CURTIS INC., | FINESSE WORD(S)/LOCAL SCRIPT | 7396 | R | International | 03 | 29-Jan-2013 |
| Lithuania | HELENE CURTIS INC., | FINESSE WORD/WORDS | 7394 | R | International | 03 | 29-Jan-2013 |
| Macedonia | UNILEVER N.V., | AQUA NET WORD/WORDS | 2450 | R | | | 16-Aug-2007 |
| Malaysia | UNILEVER PLC | FINESSE WORD/WORDS | 2002/02688 | A | International | 03 | |

09 February 2006

**Project Spirit Worldwide**

Page: 12

| Country Name | Proprietors | Trademark / Description | App. Or Reg. Number | Status | Class | | Renewal Date Instr. Date |
|---|---|---|---|---|---|---|---|
| Malta | HELENE CURTIS INC., | FINESSE WORD/WORDS | 24288 | R | | 05 | 25-Apr-2009 |
| Mexico | HELENE CURTIS INC., | FINESSE BOTTLE SHAPE | 561104 | R | International | 03 | 31-Mar-2005 |
| Mexico | HELENE CURTIS INC., | FINESSE 3-D | 518159 | R | International | 03 | 31-Mar-2005 |
| Mexico | UNILEVER N.V., | AQUA NET WORD/WORDS | 452792 | R | International | 03 | 10-Jun-2013 |
| Mexico | UNILEVER N.V., | AQUANET LABEL/LABELS | 471179 | R | International | 03 | 01-Jun-2014 |
| Mexico | UNILEVER N.V., | AQUA NET WORD/WORDS | 433977 | R | International | 03 | 25-Jan-2011 |
| Morocco | UNILEVER N.V., | FINESSE WORD/WORDS | 59009 | R | International | 03 | 14-Mar-2016 |
| Netherlands Antilles | HELENE CURTIS INC., | FINESSE WORD/WORDS | 15153 | R | International | 03 | 30-Sep-2018 30-Sep-2008 |
| New Zealand | HELENE CURTIS INC., | FINESSE WORD/WORDS | B190705 | R | International | 14 | 07-Feb-2010 |
| New Zealand | HELENE CURTIS INC., | FINESSE MAXIMA WORD/WORDS | 190559 | R | | 03 | 25-Jan-2010 |
| Nicaragua | HELENE CURTIS INC., | FINESSE WORD/WORDS | 1712CC | R | International | 03 | 09-Jul-2006 |
| Nicaragua | UNILEVER N.V., | AQUA NET WORD/WORDS | 57009 | R | International | 03 | 26-Feb-2013 |

09 February 2006

**Project Spirit Worldwide**

Page: 13

| Country Name | Proprietors | Trademark / Description | App. Or Reg. Number | Status | Class | | Renewal Date Instr. Date |
|---|---|---|---|---|---|---|---|
| Norway | HELENE CURTIS INC., | FINESSE WORD/WORDS | 120391 | R | International | 03 | 28-Mar-2015 |
| Norway | HELENE CURTIS INC., | FINESSE LABEL/LABELS | 132528 | R | International | 03 | 23-Jun-2008 |
| Norway | UNILEVER N.V., | AQUA NET WORD/WORDS | 66036 | R | International | 03 | 22-Apr-2015 |
| Oman | HELENE CURTIS INC., | FINESSE WORD/WORDS | 5906 | R | International | 03 | 03-Aug-2011 |
| Pakistan | HELENE CURTIS INC., | FINESSE WORD/WORDS | 109019 | R | International | 03 | 23-Dec-2012 |
| Pakistan | HELENE CURTIS INC., | FINESSE WORD/WORDS | 90762 | R | International | 03 | 23-Jun-2008 |
| Pakistan | UNILEVER PLC | AQUA NET WORD/WORDS | 47923 | R | International | 03 | 28-Aug-2019 |
| Panama | HELENE CURTIS INC., | FINESSE WORD/WORDS | 051060 | R | International | 03 | 27-Jun-2010 |
| Panama | HELENE CURTIS INC., | FINESSE WORD/WORDS | 051059 | R | International | 11 | 27-Jun-2010 |
| Panama | HELENE CURTIS INC., | FINESSE WORD/WORDS | 051058 | R | International | 09 | 27-Jun-2010 |
| Panama | HELENE CURTIS INC., | FINESSE WORD/WORDS | 051056 | R | International | 03 | 27-Jun-2010 |
| Panama | HELENE CURTIS INC., | FINESSE WORD/WORDS | 051055 | R | International | 03 | 27-Jun-2010 |
| Panama | HELENE CURTIS INC., | FINESSE WORD/WORDS | 051061 | R | International | 03 | 27-Jun-2010 |

09 February 2006

**Project Spirit Worldwide**

Page: 14

| Country Name | Proprietors | Trademark / Description | App. Or Reg. Number | Status | Class | Renewal Date Instr. Date |
|---|---|---|---|---|---|---|
| Panama | HELENE CURTIS INC., | FINESSE WORD(S) & DEVICE | 051057 | R | International 03 | 27-Jun-2010 |
| Panama | HELENE CURTIS INC., | FINESSE WORD(S) PARTICULAR STYL | 032955 | R | International 03 | 14-Oct-2013 |
| Panama | UNILEVER N.V., | AQUA NET WORD/WORDS | 122614 | R | International 03 | 21-Aug-2012 |
| Paraguay | UNILEVER N.V., | AQUA NET WORD/WORDS | 198071 | R | International 03 | 11-Nov-2006 |
| Peru | HELENE CURTIS INC., | FINESSE WORD/WORDS | 42361 | R | International 03 | 26-Oct-2006 |
| Peru | UNILEVER N.V., | AQUA NET WORD/WORDS | 47228 | R | International 03 | 30-Nov-2012 |
| Philippines | HELENE CURTIS INC., | FINESSE WORD/WORDS | 35931 | R | International 03 | 24-Sep-2006 24-Sep-2001 |
| Philippines | UNILEVER N.V., | AQUA NET WORD/WORDS | 55453 | R | International 03 | 21-Jun-2013 21-Jun-1998 |
| Poland | HELENE CURTIS INC., | FINESSE WORD/WORDS | 74796 | R | International 03 | 09-Sep-2011 |
| Portugal | HELENE CURTIS INC., | FINESSE WORD/WORDS | 231978 | R | International 03 | 08-Nov-2001 08-Nov-2006 |
| Puerto Rico | CHESEBROUGH-POND'S INC. | AQUA NET WORD(S) PARTICULAR STYL | 38930 | R | International 03 | 26-Sep-2006 |
| Puerto Rico | HELENE CURTIS INC., | FINESSE WORD/WORDS | 25553 | R | International 03 | 26-Jun-2004 |

09 February 2006

**Project Spirit Worldwide**

Page: 15

| Country Name | Proprietors | Trademark / Description | App. Or Reg. Number | Status | Class | Renewal Date Instr. Date |
|---|---|---|---|---|---|---|
| Qatar | HELENE CURTIS INC., | FINESSE WORD(S)/LOCAL SCRIPT | 10993 | R | International 03 | 10-Jul-2013 |
| Qatar | HELENE CURTIS INC., | FINESSE WORD/WORDS | 9069 | R | International 03 | 16-Sep-2011 |
| Qatar | UNILEVER PLC | AQUA NET WORD(S)/LATIN/LOCAL SCRI | 7479 | R | International 03 | 28-Jun-2009 |
| Russian Federation | HELENE CURTIS INC., | FINESSE WORD/WORDS | 87346 | R | International 03 | 19-Apr-2009 |
| Russian Federation | HELENE CURTIS INC., | FINESSE WORD(S)/LOCAL SCRIPT | 89166 | R | International 03 | 28-Sep-2009 |
| Saint Kitts and Nevis | HELENE CURTIS INC., | FINESSE WORD/WORDS | T19/2000 | R | International 03 | 24-Jan-2001 |
| Saint Lucia | HELENE CURTIS INC., | FINESSE WORD/WORDS | 21012000 | R | International 03 | 24-Jan-2011 |
| Samoa | HELENE CURTIS INC., | FINESSE WORD/WORDS | 2803 | R | International 03 | 24-Jan-2020 |
| Singapore | UNILEVER PLC | AQUANET WORD/WORDS | B 42354 | R | International 03 | 25-Aug-2012 |
| Slovenia | HELENE CURTIS INC., | FINESSE WORD/WORDS | 9181886 | R | International 03 | 22-Sep-2011 |

09 February 2006

**Project Spirit Worldwide**

| Country Name | Proprietors | Trademark / Description | App. Or Reg. Number | Status | Class | | Renewal Date Instr. Date |
|---|---|---|---|---|---|---|---|
| South Africa | HELENE CURTIS INC., | FINESSE WORD/WORDS | 81/4261 | R | International | 03 | 19-Jun-2011 |
| Spain | HELENE CURTIS INC., | FINESSE BOTTLE SHAPE | 1231601 | R | International | 03 | 05-Apr-2011 / 05-Apr-2006 |
| Sri Lanka | HELENE CURTIS INC., | FINESSE WORD/WORDS | 62959 | A | International | 03 | |
| Suriname | HELENE CURTIS INC., | FINESSE WORD/WORDS | 11588 | R | International | 03 | 06-May-2005 |
| Sweden | HELENE CURTIS INC., | FINESSE WORD/WORDS | 324660 | R | International | 03 | 12-Sep-2007 |
| Sweden | HELENE CURTIS INC., | FINESSE WORD(S) & BOTTLE SHAPE( | 213167 | R | International | 03 | 10-Mar-2009 |
| Sweden | UNILEVER N.V., | AQUA NET WORD/WORDS | 125655 | R | International | 03 | 13-Dec-2008 |
| Switzerland | UNILEVER N.V., | FINESSE WORD/WORDS | 437769 | R | International | 03 | 11-Mar-2006 |
| Switzerland | UNILEVER N.V., | AQUA NETZ WORD/WORDS | 345023 | R | International / International | 03 / 05 | 07-Mar-2006 |
| Switzerland | UNILEVER N.V., | AQUA NET WORD/WORDS | 385218 | R | International / International | 03 / 05 | 25-Jun-2010 |
| Taiwan | HELENE CURTIS INC., | FINESSE WORD/WORDS | 229614 | R | National | 07 | 16-Dec-2013 |
| Tajikistan | CONOPCO, INC. | FINESSE WORD/WORDS | 1845 | R | International | 03 | 28-Mar-2015 |

09 February 2006

**Project Spirit Worldwide**

| Country Name | Proprietors | Trademark / Description | App. Or Reg. Number | Status | Class | | Renewal Date Instr. Date |
|---|---|---|---|---|---|---|---|
| Tajikistan | CONOPCO, INC. | FINESSE WORD(S)/LOCAL SCRIPT | 1847 | R | International | 03 | 28-Mar-2015 |
| Thailand | HELENE CURTIS INC., | FINESSE WORD/WORDS | KOR6687 | R | International | 03 | 22-Sep-2013 |
| Tonga | HELENE CURTIS INC., | FINESSE MAXIMA WORD/WORDS | 00272 | R | International | 03 | 01-Feb-2010 |
| Tonga | HELENE CURTIS INC., | FINESSE WORD/WORDS | 00274 | R | International | 03 | 01-Feb-2010 |
| Trinidad and Tobago | HELENE CURTIS INC., | FINESSE WORD/WORDS | 22055 | R | National | 48 | 11-Nov-2007 |
| Trinidad and Tobago | HELENE CURTIS INC., | FINESSE WORD(S) & DEVICE | 14471 | R | National | 48 | 08-Dec-2007 |
| Trinidad and Tobago | UNILEVER PLC | AQUA NET WORD/WORDS | 7380 | R | National | 48 | 12-Apr-2010 |
| Turkey | UNILEVER N.V., | FINESSE WORD/WORDS | 125512 | R | International | 03 | 05-Feb-2011 |
| Turkmenistan | HELENE CURTIS INC., | FINESSE WORD(S)/LOCAL SCRIPT | 2680 | R | International | 03 | 21-Sep-2008 |
| Turkmenistan | HELENE CURTIS INC., | FINESSE WORD/WORDS | 2635 | R | International | 03 | 14-Sep-2008 |
| Uganda | HELENE CURTIS INC., | FINESSE WORD/WORDS | 17741 | R | International | 03 | 30-Oct-2013 |

09 February 2006

**Project Spirit Worldwide**

| Country Name | Proprietors | Trademark / Description | App. Or Reg. Number | Status | Class | | Renewal Date Instr. Date |
|---|---|---|---|---|---|---|---|
| Ukraine | HELENE CURTIS INC., | FINESSE WORD(S)/LOCAL SCRIPT | 4857 | R | International | 03 | 28-Sep-2009 |
| **ФЭНЭС** | | | | | | | |
| Ukraine | HELENE CURTIS INC., | FINESSE WORD/WORDS | 4854 | R | International | 03 | 19-Apr-2009 |
| United Kingdom | HELENE CURTIS INC., | FINESSE WORD/WORDS | 1559982 | R | International | 03 | 24-Jan-2011 |
| United States of America | CHESEBROUGH-POND'S INC. | AQUA NET WORD/WORDS | 857632 | R | International | 03 | 24-Sep-2008 |
| United States of America | HELENE CURTIS INC., | FINESSE WORD(S) PARTICULAR STYL | 2751188 | R | International | 03 | 12-Aug-2013 |
| *finesse* | | | | | | | |
| United States of America | HELENE CURTIS INC., | FINESSE WORD/WORDS | 1256560 | R | International | 03 | 08-Nov-2003 |
| United States of America | HELENE CURTIS INC., | FINESSE TOUCHABLES LABEL/LABELS | 2263556 | R | International | 03 | 20-Jul-2009 |
| United States of America | HELENE CURTIS INC., | FINESSE WORD/WORDS | 1255753 | R | International | 03 | 01-Nov-2013 |
| United States of America | HELENE CURTIS INC., | SOMETIMES YOU NEED A LI SLOGAN | 1345463 | R | International | 03 | 02-Jul-2005 |

09 February 2006

## Project Spirit Worldwide

| Country Name | Proprietors | Trademark / Description | App. Or Reg. Number | Status | Class | | Renewal Date Instr. Date |
|---|---|---|---|---|---|---|---|
| United States of America | HELENE CURTIS INC., | FINESSE WORD(S) & DEVICE | 1486618 | R | International | 03 | 03-May-2008 |
| United States of America | HELENE CURTIS INC., | FINESSE PLUS WORD/WORDS | 1919193 | R | International | 03 | 19-Sep-2005 |
| United States of America | HELENE CURTIS INC., | FINESSE WORD(S) & DEVICE | 2112398 | R | International | 03 | 11-Nov-2007 |
| Uruguay | UNILEVER N.V., | FINESSE WORD/WORDS | 284980 | R | International | 03 | 28-Feb-2007 |
| Uzbekistan | HELENE CURTIS INC., | FINESSE WORD(S)/LOCAL SCRIPT | 2414 | R | International | 03 | 28-Sep-2009 |
| Uzbekistan | HELENE CURTIS INC., | FINESSE WORD/WORDS | 2357 | R | International | 03 | 19-Apr-2009 |
| Venezuela | HELENE CURTIS INC., | FINESSE WORD/WORDS | P-235736 | R | International | 03 | 31-Oct-2006 |
| Venezuela | HELENE CURTIS INC., | FINESSE WORD/WORDS | P-235737 | R | International | 05 | 31-Oct-2006 |
| Venezuela | HELENE CURTIS INC., | FINESSE WORD/WORDS | P-191348 | R | International | 01 | 31-Oct-2006 |
| Venezuela | HELENE CURTIS INC., | FINESSE WORD/WORDS | P-232335 | R | National | 03 | 01-Jun-2011 |

09 February 2006

**Project Spirit Worldwide**

| Country Name | Proprietors | Trademark / Description | App. Or Reg. Number | Status | Class | | Renewal Date Instr. Date |
|---|---|---|---|---|---|---|---|
| Venezuela | UNILEVER N.V., | AQUA NET LABEL/LABELS | F63436 | R | National | 06 | 24-Nov-2010 |
| Venezuela | UNILEVER N.V., | AQUA NET WORD/WORDS | 54814 | R | International | 30 | 28-Oct-2008 |
| Vietnam | HELENE CURTIS INC., | FINESSE WORD/WORDS | 13716 | R | International | 03 | 19-Jan-2014 |
| Virgin Islands, British | UNILEVER N.V., | FINESSE WORD/WORDS | 4084 | R | National | 48 | 22-May-2017 |
| YEMEN ARAB REPUBLIC | HELENE CURTIS INC., | FINESSE WORD/WORDS | 4303 | R | International | 03 | 25-May-2013 |
| Zambia | HELENE CURTIS INC., | FINESSE WORD/WORDS | B341/92 | R | International | 03 | 15-Oct-2013 |

Exhibit B to the Disclosure Schedule

# DUE DILIGENCE REPORT

## Project Spirit

**Date:** 31 January 2006

**Countries:** Afghanistan, Anguilla, Antigua & Barbuda, Argentina, Armenia, Aruba, Australia, Austria, Azerbaijan, Bahamas, Bangladesh, Barbados, Belarus, Belize, Benelux, Bermuda, Bolivia, Botswana, Brazil, Brunei-Darussalam, Cambodia, Canada, Chile, China, Colombia, Costa Rica, Croatia, Cuba, Cyprus, Denmark, Dominica, Dominican Republic, Ecuador, El Salvador, Estonia, Finland, France, Georgia, Germany, Greece, Grenada, Guatemala, Guyana, Honduras, Hong Kong, Iceland, India, Iran, Israel, Italy, Jamaica, Japan, Kenya, Korea, Kuwait, Kyrgyzstan, Latvia, Lebanon, Lesotho, Liberia, Lithuania, Macedonia, Malaysia, Malta, Mexico, Morocco, Netherlands Antilles, New Zealand, Nicaragua, Norway, Oman, Pakistan, Panama, Paraguay, Peru, Philippines, Poland, Portugal, Puerto Rico, Qatar, Russian Federation, St. Kitts and Nevis, St. Lucia, Samoa, Saudi Arabia, Serbia & Montenegro, Singapore, Slovenia, South Africa, Spain, Sri Lanka, Suriname, Sweden, Switzerland, Syria, Taiwan, Tajikistan, Thailand, Tonga, Trinidad & Tobago, Turkey, Turkmenistan, Uganda, Ukraine, United Arab Emirates, United Kingdom, United States of America, Uruguay, Uzbekistan, Venezuela, Vietnam, Virgin Islands (British), Yemen, Zambia.

**Trade Marks:** **AQUA NET; FINESSE; FINESSE PLUS; FINESSE TOUCHABLES; SOMETIMES YOU NEED A LITTLE FINESSE, SOMETIMES YOU NEED A LOT**

**Notes:** Unless specifically noted below we have no record of any pending oppositions, cancellation actions, infringement actions or any other litigation concerning the trade marks.

Unless specifically noted below we have no record of any undertakings, licences or any other restrictions as to future assignment or use.

Any pending trade mark application(s) included within the trade mark schedule may not be accepted or registered by the official trade mark authority in the relevant territory. Applications may also be subject to objections from such authorities or opposition proceedings may be filed by third parties.

If the trade marks are not in current use the trade mark registrations may be vulnerable to cancellation by third parties on the basis of non-use.

**Notes:**

1.  US & Puerto Rico TMs in the name of Helene Curtis Inc and Helen Curtis Industries Inc
    are recently assigned to Unilever Supply Chain Inc.  However this assignment has not yet
    been completed.

2.  Helene Curtis Inc and Helen Curtis Industries Inc beyond US & Puerto Rico were merged
    into Conopco Inc with effect from 7th May 2005. These recordals are not yet instructed.

## Worldwide

- Worldwide Undertaking between PLC proprietors of "HELENE CURTIS" and Esselte
  Corporation proprietors of "CURTIS".  (See PDF file WW1)

## Australia

- The Trade Mark FINESSE (Registration No. B 504230) was sold to Short Australia Pty
  Limited in 1994.

1.  **Trademark HELENE CURTIS FINESSE: Registration No. 440738**

    - Helene Curtis Australia Pty Inc. is recorded as a Registered User

## Argentina

1.  **Trademark FINESSE Registration No. 1804951**

    - This mark is imported into the country from North America
    - Opposition by us against Maria Graciela Rende against her mark FINEZZA.  Conflict
      No. 33914 on Unimark dated 2 Nov 2004.

## Bolivia

1.  **Trademark AQUA NET: Registration No. 36222-A**

    - Licence in the name of Quimbol Lever SA awaiting rcordal

## Brazil

- Assignment from Helene Curtis Inc. (Illinois) to Helene Curtis Inc. (Delaware) still
  ongoing.
- Ongoing Opposition filed by our Agents against the trade mark FINISS (Word) in Class
  03 by A Zottola & Cia Ltda.  The decision from the Brazilian TM authorities is pending.
- Possible Distribution Agreement with Brazilian company Harty Commercial – Distributor
  infringing on FINESSE by adding phrase (in Brazilian) which means "FINESSE of Harty"
  (information from e-mail sent by Adam Wilder to Bill Deegan dated 17 December 2001).

## Canada

2.      **Trademark AQUA NET: Registration No. 153652**

- The trademark is associated with the Trade Mark AQUA NET (Registration No. 269532)

3.      **Trademark AQUA NET: Registration No. 269532**

- The trademark is associated with the Trade Mark AQUA NET (Registration No. 153652)

4.      **Trademark FINESSE: Registration No. 459358**

- The trademark is associated with the Trade Mark FINESSE (Registration No. 50893).

5.      **Trademark FINESSE: Registration No. 50893**

- The trademark is associated with the Trade Mark FINESSE (Registration No. 459358).

## Chile

1.      **Trademark AQUA NET: Registration No. 323158**

- Licence recorded in the name of Lever SA
- Opposition filed on 7 October 2005 against trade mark application No. 688.761 AQUASUN for all products in class 3 in the name of Piscinas Aquasol Ltda.  This opposition is pending.

## China

- Possible infringement of FINESSE by "SMILE" dated March 2000

1.      **Trademark FINESSE: Application No. 3262254**

- Licence in favour of Shanghai Echo Trading Co. Ltd. Is awaiting recordal

2.      **Trademark FINESSE: Registration No. 559233**

- Licence in favour of Shanghai Echo Trading Co. Ltd. Is awaiting recordal

## Costa Rica

1.      **Trademark AQUA NET: Registration No. 34032 FOL. 212 BK. 101**

- Licence recorded in the name of Unilsola de Costa Rica SA

## Ecuador

1.   **Trademark AQUA NET: Registration No. 228/1966**

     - Licence in favour of Almacenes Juan Eljuri Is under review.

## Finland

1.   **Trademark FINESSE WITH COOR BAR BELOW NAME: Registration No. 1000007**

     - Letter of consent given to NV for "CORAL FINESSE" by Helene Curtis Inc. as owners of "FINESSE".

2.   **Trademark FINESSE: Registration No. 57065**

     - Letter of consent given to NV for "CORAL FINESSE" by Helene Curtis Inc. as owners of "FINESSE".

## Georgia

   - Trade Mark FINESSE (Registration No. 7058) is in Russian Cyrillic – not the local Georgian script.

## Germany

1.   **Trademark AQUA NET: Registration No. DT890169**

     - Agreement with Chemie Grunenthal GmbH., Stolberg Im Rheinland, Proprietor of trademark AQUAJECT (Registration No. 673496) dated April1971
     - Agreement with Apotheker K. Albert Frickhinger. Planegg.  Proprietor of trademark AQUAFIT (Registration  No. 885532) dated January 1972

## Greece

1.   **Trademark FINESSE: Registration No. 63720**

     - Permitted User Unilever Hellas Commercial & Industrial awaiting recordal (dated February 1990)

## Guatemala

1.   **Trademark AQUA NET: Registration No. 54561**

     - This mark remains in the name of Faberge USA Inc.  It was omitted from an assignment to Unilever N.V. in 1990.

## Hong Kong

1.    **Trademark FINESSE: Registration No. B1182/1994**

    •    This mark carries the following restriction: "*Registration of this mark shall give no right to the exclusive use of the Chinese characters depicted in this mark*"."

2.    **Trademark FINESSE: Registration No. B15607A-B/2000**

    •    The Chinese characters depicted in this mark are pronounced "Feng Zi" which means "manners".

3.    **Trademark FINESSE: Registration No. 2307/2004**

    •    Licence in the name of Unilever Hong Kong Limited is awaiting recordal.

4.    **Trademark FINESSE: Registration No. 3685/1993**

    •    This mark carries the following restriction: "*Registration of this mark shall give no right to the exclusive use of the Chinese character "SI"*"."


## Honduras

1.    **Trademark AQUA NET: Registration No. 14578**

    •    Tech. Service Agreement with Industria Cosmeticas S. de R.L. dated December 1971 (Noted on Unimark record)


## Italy

    •    **Please note that those marks with past due dates have ongoing renewals.  Time to registration of Renewal can be up to five years.**

1.    **Trademark FINESSE: Registration No. 00914583**

    •    Licence recorded in the name of Ludovico Martelli Srl. (See PDF File Italy1).

2.    **Trademark FINESSE: Registration No. MI2003C011149**

    •    Licence recorded in the name of Ludovico Martelli Srl.  (See PDF File Italy1).


## Jamaica

1.    **Trademark AQUANET: Registration No. 17602**

    •    Registered user in the name of Oscar Francios Limited recorded (dated 1978.)

## Japan

1.     **Trademark FINESSE: Registration No. 2130345**

- Possible Colour element claimed: Deep Blue Bar of Colour under the word "FINESSE"

## Korea

1.     **Trademark AQUA NET: Registration No. 20672**

- Licence recorded in the name of Conopco, Inc.
- Authorisation for non-exclusive trade mark use recorded in the name of CPI FAB, Inc. The authorisation is dated February 1993. The period is unlimited, however, territory is confined to the Republic of Korea. (See PDF file Korea1)

2.     **Trademark FINESSE: Registration No. 124158**

- Licence recorded in the name of Lucky Limited
- Licence in the name of Hansuh Industrial Co. Ltd awaiting recordal

3.     **Trademark FINESSE: Registration No. 151088**

- Licence in the name of Hansuh Industrial Co. Ltd awaiting recordal

4.     **Trademark FINESSE: Registration No. 151732**

- Licence in the name of Hansuh Industrial Co. Ltd awaiting recordal

5.     **Trademark FINESSE: Registration No. 40-99453**

- Licence in the name of Hansuh Industrial Co. Ltd awaiting recordal

6.     **Trademark FINESSE: Registration No. 86828**

- Licence in the name of Hansuh Industrial Co. Ltd awaiting recordal

## Kyrgyzstan

- Trade Mark FINESSE (Registration No. 1082) is in Russian Cyrillic – not the local Kyrgyz script.

## Lebanon

1.     **Trademark FINESSE: Registration No. 57188**

- Licence in the name of Unilever Market Development Co. Unimark indicates no recordal.

Spirit due diligence report (Worldwide) (revised).doc                                          6

2.    **Trademark FINESSE: Registration No. 60979**

- Mark remains in the name of Helene Curtis, Inc. (Illinois).
- Licence in the name of Unilever Market Development Co. Unimark indicates no recordal.

## Malaysia

1.    **Trademark HELENE CURTIS FINESSE: Registration No. 85/01713**

- This mark carries the following restriction: "*Registration of this mark shall give no right to the exclusive use of the word "Finesse".*"
- Recordal of Merger for Helene Curtis Inc. (Illinois) with and into to Helene Curtis Inc. (Delaware) still ongoing

## Mexico

1.    **Trademark AQUA NET: Registration No. 433977**

- Licence in the favour of Unilever de Mexico, SA de CV recorded.
- Compromise Agreement with Aerospray SA dated May 1993. No further information.

2.    **Trademark AQUA NET: Registration No. 452792**

- Licence in the favour of Unilever de Mexico, SA de CV recorded.
- Compromise Agreement with Aerospray SA dated May 1993. No further information.

3.    **Trademark AQUANET: Registration No. 471179**

- Licence in the favour of Unilever de Mexico, SA de CV recorded.
- Compromise Agreement with Aerospray SA dated May 1993. No further information.

4.    **Trademark FINESSE: Registration No. 518159**

- Licence in the favour of Pond's De Mexico, SA de CV being recorded.

5.    **Trademark FINESSE: Registration No. 561104**

- Licence in the favour of Pond's De Mexico, SA de CV being recorded.

## New Zealand

- Current Registration for MAXIMA (Registration No. 190558) in class 3 also found.

1.    **Trademark FINESSE: Registration No. B190705**

- Unilever New Zealand Limited recorded as Registered User

2.    **Trademark FINESSE MAXIMA: Registration No. 190559**

- Unilever New Zealand Limited recorded as Registered User

## Pakistan

1. **Trademark FINESSE: Registration No. 109019**

   - Uncertainty as to whether mark is valid. Copy of Renewal Certificate and supporting documentation requested by the Pakistan Trade Mark Registry in 2003. Not supplied at that time. Copy of Certificate supplied 26 October 2005. Awaiting update from agent.

## Saudi Arabia

- The Trade Mark FINESSE (Registration No. 120/4) is registered in Saudi Arabia in the name of Leutheric Limited. The expiry date is 18 April 2012.

## Singapore

1. **Trademark HELENE CURTIS FINESSE: Registration No. 2932/84**

   - This mark carries the following restriction: "*Registration of this mark shall give no right to the exclusive use of the word "Finesse".*"

## Spain

1. **Trademark HELENE CURTIS FINESSE: Registration No. 113901231602/424**

   - Licence recorded in the name of Distribuidores Peluquerias SA

## Sri Lanka

1. **Trademark FINESSE: Application No. 62959**

   - Licence in the name of Unilever Ceylon Limited awaiting recordal.

## Sweden

1. **Trademark FINESSE: Registration No. 324660**

   - Licence recorded in the name of Adaco AB

2. **Trademark FINESSE: Registration No. 213167**

   - This mark carries the following restriction: "*Registration of this mark shall give no right to the exclusive use to the device of a bottle.*"
   - Licence recorded in the name of Adaco AB

## Taiwan

1.    **Trademark FINESSE: Registration No. 229614**

- Co-Existence Agreement between Helene Curtis, Inc., and Albion Cosmetics Co. Ltd. in respect of the trade mark INFINESSE. (see PDF file Taiwan1)

## Trinidad and Tobago

1.    **Trademark FINESSE: Registration No. 14471**

- Registered User recorded against the mark (Noted on Unimark – no further information)

## Ukraine

1.    **Trademark FINESSE: Registration No. 4854**

- Licence recorded in the name of Unilever Ukraine

2.    **Trademark FINESSE: Registration No. 4857**

- Licence recorded in the name of Unilever Ukraine

## United Kingdom

- Possible vulnerability to attack on the grounds of non-use.

1.    **Trademark FINESSE: Registration No. 1559982**

- Filesubmit Ltd, as owners of FINESSE (Registration No. 606833) give consent to Helene Curtis Inc. to register FINESSE Registration No. 1559982.  Dated April 1996
- Yardley, as Owners of TM FINESSE (Registration Nos. 1000436 and 983167) give consent to Helene Curtis Inc. to register FINESSE (Registration No. 1559982). Dated June 1996
- This mark is the base mark for trade marks in the following countries:
  - Angola
  - Anguilla
  - Antigua & Barbuda
  - Belize
  - British Virgin Islands
  - Cayman Islands
  - Saint Kitts and Nevis
  - Saint Lucia
  - St. Vincent and the Grenadines

## United States of America

- Possible Helene Curtis Diverted Products Imports. (See DivProd PDF file).
- Possible counterfeit FINESSE product forwarded from Hong Kong to US by DKB Trade Concepts in April 2005.

## Uruguay

1.    **Trademark FINESSE: Registration No. 284980**

- Licence recorded in the name of Sudy Lever SA


## Venezuela

1.    **Trademark AQUA NET: Registration No. F63436**

- Licence in the name of Unilever Andina SA, awaiting recordal

2.    **Trademark AQUA NET: Registration No. 54814**

- Licence in the name of Unilver Andina SA awaiting recordal.
- Unilever New Zealand Limited recorded as Registered User


## INTERNET DOMAINS

The following Internet domain information is on our database:

| Domain Name | Proprietor | Expiry Date | Country |
|---|---|---|---|
| Finesse.ca | Helene Curtis, Inc. | 1 Dec 2006 | Canada |
| finesse.ca | Helene Curtis Inc. | 01-Dec-04 | Canada |
| AQUANET.com.cn | Unilever NV | 16-Dec-06 | China |
| AQUANET.com.cn | Unilever NV | 16-Dec-06 | China |
| finesse.info | Unilever plc | 31-Jul-06 | Europe |
| aquanet.com.mx | Unilever Plc | 29-May-01 | Mexico |
| andrelonaqua.nl | Unilever Plc | 27-Jun-01 | Netherlands |
| andrelonaquastyling.nl | Unilever NV | 03-Nov-06 | Netherlands |
| aquastyling.com | Lever Faberge Nederland BV | 13-Sep-07 | Netherlands |
| aquastyling.nl | Unilever NV | 14-Sep-06 | Netherlands |
| aquanet.info | Unilever plc | 31-Jul-06 | USA |
| aquanet.us | Unilever N.V. | 18-Apr-07 | USA |
| finesse.us | Unilever N.V. | 15-May-07 | USA |
| finesse-2-1.com | Unilever | 11-Dec-05 | USA |
| finessehaircare.com | Unilever Plc | 15-May-07 | USA |
| finesse-hair-care.com | DNS Admin | 10-Dec-06 | USA |
| finesse-plus.com | Unilever | 11-Dec-05 | USA |
| finesse-softbody.com | Unilever | 11-Dec-05 | USA |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In the Matter of the Arbitration
Between

CONOPCO, INC.

                              Petitioner,

           vs.                                              Civil Action No. 07-Civ-9458

LORNAMEAD BRANDS, INC.,

                              Respondent.

---

HARRIS BEACH PLLC
Attorneys for Plaintiff
Larkin at Exchange
726 Exchange Street, Suite 1000
Buffalo, New York  14210
Telephone:  716-200-5050