UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Endorsement:*

*Motion denied. See Transcript of Proceedings this date. So ordered.*
*LBS 12/6/07*

In the Matter of the Arbitration
Between

CONOPCO, INC.

       Petitioner,

  vs.

LORNAMEAD BRANDS, INC.,

       Respondent.

NOTICE OF MOTION
Civil Action No. 07-Civ-9458
(LBS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-6-07

SIRS:

 PLEASE TAKE NOTICE. That upon the annexed Declarations of Steven J. Rice, Esq. and Richard T. Sullivan, Esq. dated November 17, 2007, the Judgment Upon Arbitration Award, and all other Pleadings and Proceedings filed herein, the undersigned will move this Court before the Honorable Leonard B. Sand, United States District Court Judge for the Southern District of New York, on the 29th day of November at 2; 45 pm at Courtroom 15-A at the United States Courthouse, 500 Pearl Street, New York, New York, for an Order pursuant to Section 12 of Title 9 of the United States Code staying enforcement of the Judgment Upon Arbitration pending resolution of an action commenced by the Respondent, Lornamead, Inc., against the Petitioner, Conopco, Inc., in this Court, and granting such other and further relief as to the Court may seem just and proper.

 PLEASE TAKE FURTHER NOTICE, that Answering Papers, if any, shall be served upon the undersigned in compliance with the Federal Rules of Civil Procedure and the Rules of the United States District Court for the Southern District of New York.

**MEMO ENDORSED**

HARRIS BEACH
ATTORNEYS AT LAW

MEMO ENDORSED

Dated: New York, New York
      November 17, 2006

Yours, etc.,
Harris Beach PLLC
By _____
Steven J. Rice, Esq. ID No 1934
Richard T. Sullivan, Esq.
*Attorneys for the Respondent*
100 Wall Street
New York, New York 10005
(212) 687-0100

To:    Cravath, Swaine & Moore LLP
       John E. Beerbower, Esq., of counsel
       *Attorneys for Petitioner*
       Worldwide Plaza
       825 Eighth Avenue
       New York, New York 10019-7475
       (212) 474-1864



**MEMO ENDORSED**