

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

In the Matter of the Arbitration Between

CONOPCO, INC.

                Petitioner,

vs.

LORNAMEAD BRANDS, INC.,

                Respondent.

---

ECF CASE
07-Civ-9458 (LBS)

**SATISFACTION OF JUDGMENT**

#07, 2169

WHEREAS, a judgment of the Court was entered in the above action on November 15, 2007, in favor of petitioner Conopco, Inc. in the sum of $2,566,354.26 ("November 15 Judgment"); and

WHEREAS, the November 15 Judgment has been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall;

THEREFORE, full and complete satisfaction of the November 15 Judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket.

Dated: New York, New York
December 14, 2007

CRAVATH, SWAINE & MOORE LLP,

by _____
John E. Beerbower
A member of the Firm

Attorneys for Petitioner
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

STATE OF NEW YORK,   )
                     ) ss.:
COUNTY OF NEW YORK,  )

On the fourteenth day of December 2007, before me personally came JOHN E. BEERBOWER, to me known and known to be a member of the firm of CRAVATH, SWAINE & MOORE LLP, attorneys for petitioner in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment, and acknowledged to me that he executed the same.

*Robert B. Zwillich*
—————————————————
Notary Public

ROBERT B. ZWILLICH
Notary Public, State of New York
No. 01ZW4630959
Qualified in New York County
Commission Expires October 31, 2010